Certificate Number: 06975-WAW-DE-034709221

Bankruptcy Case Number: 20-11870



06975-WAW-DE-034709221

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on July 26, 2020, at 9:55 o'clock PM PDT, Nicholas Barnard completed a course on personal financial management given by internet by American Financial Solutions of North Seattle Community College Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: July 27, 2020   By: /s/Jeanne Dickmann

Name: Jeanne Dickmann

Title: Credit Counselor