**Michelle Kaplan**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Saturday, July 11, 2020 7:20 AM |
| To: | michelle@kaplanlawpllc.com |
| Subject: | U.S. Bankruptcy Court, Western District of Washington - Undeliverable Notice, In re: Nicholas Clifton Barnard, Case Number: 20-11870, TWD, Ref: [p-152665130] |
| Attachments: | B_P22011870309A0022.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

July 12, 2020

From: United States Bankruptcy Court, Western District of Washington

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Nicholas Clifton Barnard, Case Number 20-11870, TWD

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

   U.S. Bankruptcy Court
   700 Stewart St, Room 6301
   Seattle, WA 98101

---

Undeliverable Address:
American Credit Resolution
PO Box 467201
Atlanta, GA 31146

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
270 Carpenter Dr.
Ste. 575
Atlanta, GA
30328-4931

Evergreen Professional Recovery
12303 NE 130th LN
Kirkland, WA
98034-3099

12100 NE 195th St.
Ste. 125
Bothell, WA
98011

1

Case 20-11870-TWD   Doc 11   Filed 08/06/20   Ent. 08/06/20 11:03:33   Pg. 1 of 2

Undeliverable Address:
First Internet Bank Of
8888 Keystone Xing Ste 1
Indianapolis, IN 46240

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

11201 USA PKWY
Fishers, IN 46037

_____  _____8/6/2020_____
Signature of Debtor or Debtor's Attorney    Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.