| | |
|---|---|
| James K. Miersma WSBA 22062 | The Honorable Timothy W. Dore |
| Lance E. Olsen WSBA 25130 | Chapter 7 |
| **McCarthy & Holthus, LLP** | Hearing Location: Seattle – Telephonic |
| 108 1st Avenue South, Ste. 300 | Dial: 1-888-363-4749 |
| Seattle, WA 98104 | Enter Access Code: 2762430# |
| Phone (206) 596-4856 | Press the # sign |
| Fax (206) 274-4902 | Enter Security Code when prompted: 5334# |
| Attorney for Creditor | Speak your name when prompted |
| | Hearing Date: August 28, 2020 |
| | Hearing Time: 9:20am |
| | Response Date: August 21, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 20-11870-TWD |
| Nicholas Clifton Barnard | Chapter 7 |
| Debtor | MOTION FOR RELIEF FROM STAY |

Santander Consumer USA Inc. ("Creditor") moves the Court for an order terminating the automatic stay pursuant to 11 U.S.C. Section 362(d) to permit it to take any and all actions necessary to sell the following described personal property and apply the proceeds to Creditor debt: 2013 Ford C-Max VIN: 1FADP5CU7DL531019. Creditor also moves the Court that enforcement of this order not be stayed for fourteen (14) days pursuant to F.R.B.P 4001(a)(3).

The Debtor purchased a 2013 Ford C-Max VIN: 1FADP5CU7DL531019 (the "Vehicle"), under the Retail Installment Contract dated July 26, 2017, attached to the declaration on file with the court as Exhibit "1" and incorporated by this reference.

Creditor has a valid and perfected security interest in the Vehicle as shown on Exhibit "2" to the declaration on file with the court.

The contract provided for 72 monthly payments of $411.65 at 15.02%. The contract is

Motion for Relief - 1
MH# WA-20-162851-CPG

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11870-TWD    Doc 12    Filed 08/06/20    Ent. 08/06/20 15:59:43    Pg. 1 of 3

past due for January 15, 2020 and all subsequent payments. The total amount past due under the contract is approximately $2,864.85 as of July 21, 2020.

It is not known what, if any, equity there is in the Vehicle since Creditor has not had the opportunity to inspect the Vehicle and does not have information on the Vehicle's condition. However, as of July 21, 2020, the outstanding balance due to Creditor is $11,469.75. The estimated value of the Vehicle is $8,250.00.

Creditor moves for relief based on the grounds that (1) the Debtor is delinquent on payments due under the contract; (2) the interest of Creditor in the Vehicle is not adequately protected and (3) it is not necessary for an effective reorganization.

THEREFORE, Creditor requests this Court enter an order terminating the automatic stay so that Creditor may be allowed to take any and all actions necessary to sell the Vehicle and apply the proceeds to the balance owing to Creditor.

Dated: August 6, 2020   McCarthy & Holthus, LLP

/s/ James K. Miersma
James K. Miersma WSBA 22062
Lance E. Olsen WSBA 25130
Attorney for Creditor

Motion for Relief - 2
MH# WA-20-162851-CPG

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11870-TWD    Doc 12    Filed 08/06/20    Ent. 08/06/20 15:59:43    Pg. 2 of 3

## CERTIFICATE OF SERVICE

On 8/6/2020, I served the foregoing **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ALL EXHIBITS SUPORTING THE MOTION AND DECLARATION** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**  
Ronald G. Brown  
rgblaw@nwlink.com

**DEBTOR(S) COUNSEL**  
Michelle Carmody Kaplan  
michelle@kaplanlawpllc.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Cosmin Catau  
Cosmin Catau

On 8/6/2020, I served the foregoing **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ALL EXHIBITS SUPORTING THE MOTION AND DECLARATION** on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**  
Nicholas Clifton Barnard, 6806 Oswego PL NE #101, Seattle, WA 98115

**US TRUSTEE**  
700 Stewart St Ste 5103, Seattle, WA 98101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Hue Banh  
Hue Banh

Motion for Relief - 3  
MH# WA-20-162851-CPG

McCarthy & Holthus, LLP  
108 1st Avenue South, Ste. 300  
Seattle, WA 98104

Case 20-11870-TWD    Doc 12    Filed 08/06/20    Ent. 08/06/20 15:39:43    Pg. 3 of 3