| | |
|---|---|
| James K. Miersma WSBA 22062<br>Lance E. Olsen WSBA 25130<br>**McCarthy & Holthus, LLP**<br>108 1st Avenue South, Ste. 300<br>Seattle, WA 98104<br>Phone (206) 596-4856<br>Fax (206) 274-4902<br>Attorney for Creditor | The Honorable Timothy W. Dore<br>Chapter 7<br>Hearing Location: Seattle – Telephonic<br>Dial: 1-888-363-4749<br>Enter Access Code: 2762430#<br>Press the # sign<br>Enter Security Code when prompted: 5334#<br>Speak your name when prompted<br>Hearing Date: August 28, 2020<br>Hearing Time: 9:30am<br>Response Date: August 21, 2020 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Nicholas Clifton Barnard<br><br>Debtor | Case No.: 20-11870-TWD<br><br>Chapter 7<br><br>NOTICE OF HEARING ON SANTANDER CONSUMER USA INC.'S MOTION FOR RELIEF FROM STAY |

NOTICE OF HEARING

PLEASE TAKE NOTICE that Santander Consumer USA Inc.'s motion seeking Relief from the Automatic Stay (the "Motion") is SET FOR HEARING as follows:

Judge: Timothy W. Dore                                             Time: 9:30am

Place: Seattle – Telephonic                                         Date: August 28, 2020
Dial: 1-888-363-4749
Enter Access Code: 2762430#
Press the # sign
Enter Security Code when prompted: 5334#
Speak your name when prompted

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is August 21, 2020.  IF NO RESPONSE IS TIMELY FILED AND

Notice of Motion - 1
MH#WA-20-162851-CPG

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

1 SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING
2 WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: August 6, 2020  McCarthy & Holthus, LLP

By: /s/ James K. Miersma
James K. Miersma WSBA 22062
Lance E. Olsen WSBA 25130
Attorneys for Creditor

Notice of Motion - 2
MH#WA-20-162851-CPG

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11870-TWD    Doc 12-1    Filed 08/06/20    Ent. 08/06/20 15:59:43    Pg. 2 of 2