UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

Nicholas Clifton Barnard,

    Debtor.

Case No. 20-11870-TWD

Chapter 7

**[PROPOSED]**
ORDER TERMINATING THE
AUTOMATIC STAY

This matter came before the Court on the Motion for Relief from Automatic Stay filed by Santander Consumer USA Inc. ("Creditor"). Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the **2013 Ford C-Max VIN: 1FADP5CU7DL531019** (the "Vehicle").

2. The automatic stay is terminated as to Creditor. Creditor may pursue all remedies under state law to enforce its security interest in the Vehicle and/or as to enforcement of the Retail Installment Contract that is the subject of Creditor's motion.

Order Granting Relief from Stay - 1
MH# WA-20-162851-CPG

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11870-TWD    Doc 12-2    Filed 08/06/20    Ent. 08/06/20 15:59:43    Pg. 1 of 2

3. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter.

4. The relief order shall be effective immediately notwithstanding the provisions of FRBP 4001 (a)(3).

/ / / END OF ORDER / / /

Submitted by:

McCarthy & Holthus, LLP

/s/ James K. Miersma
James K. Miersma WSBA 22062
Lance E. Olsen WSBA 25130
Attorneys for Creditor

Order Granting Relief from Stay - 2
MH# WA-20-162851-CPG

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-11870-TWD    Doc 12-2    Filed 08/06/20    Ent. 08/06/20 15:59:43    Pg. 2 of 2