The Honorable Timothy W. Dore
Chapter 7
Hearing Date: Friday, Sept. 11, 2020
Hearing Time: 9:30 A.M.
Location: Seattle - Telephonic
Dial: 1-888-363-4749
Enter Access Code: 2762430#
Press the # sign
Enter Security Code: 5334#
Response Date: Sept. 4, 2020

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

In re Nicholas Clifton Barnard,

Debtor.

Case No. 20-11870 – TWD

NOTICE OF DEBTOR'S MOTION TO REDEEM PERSONAL PROPERTY

**PLEASE TAKE NOTICE** that a telephonic hearing will be held on September 11, 2020 at 9:30 a.m. to consider the Debtor's Motion to Redeem Personal Property:

| JUDGE:  The Honorable Timothy W. Dore | TIME:  9:30 a.m. |
|---|---|
| PLACE:  Seattle – Telephonic<br>    Dial: 1-888-363-4749<br>    Enter Access Code: 2762430#<br>    Enter Security Code: 5334# | DATE:  September 11, 2014 |

Copies of of all documents will be provieed upon request and are also available in the Bankruptcy Court Clerk's office.

**IF YOU OPPOSE THIS MOTION**, you must file your written response not later than **September 4, 2020**, with the court clerk and serve a copy on counsel:

Notice of Motion to Redeem Personal Property - 1

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA  98004
Phone: 425-818-4818

Michelle C. Kaplan
Kaplan Law PLLC
2155 – 112th Ave NE
Bellevue, WA 98004
425-818-4818
Email: michelle@kaplanlawpllc.com

**PLEASE TAKE FURTHER NOTICE** that if no response is timely filed and served, the Court may, in its discretion, without further notice grant the motion prior to the hearing, and strike the hearing.

DATED this 15th of August 2020.

**KAPLAN LAW PLLC**

By */s/ Michelle Carmody Kaplan*
Michelle Carmody Kaplan
WSBA No. 27286
Attorney for Debtor

Notice of Motion to Redeem Personal Property - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818

Case 20-11870-TWD    Doc 14-1    Filed 08/15/20    Ent. 08/15/20 17:01:16    Pg. 2 of 2