UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re Nicholas Clifton Barnard,<br><br>Debtor. | No. 16-11870 TWD<br><br>**[Proposed] ORDER GRANTING AUTHORITY TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722** |

THIS MATTER came before the Court on the Debtor's Motion to Redeem Personal Property. The Court having considered the Motion and the supporting Declaration of Nicholas C. Barnard along with the attached exhibits, finds and concludes that Notice is appropriate under the circumstances.

Now, therefore, it is hereby ORDERED that:

1. The Motion to Redeem Personal Property is granted.

2. Santander Consumer USA shall accept from the Debtor the lump sum payment of $2,400 for the redemption value of his 2013 Ford C-Max Energi, VIN: 1FADP5CU7DL531019, and release their lien of record.

[**Proposed**] Order to Redeem
Personal Property - 1

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

3. The Debtor shall make said lump sum payment on or before September 30, 2020.

///End of Order///

[**Proposed**] Order to Redeem
Personal Property - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA  98004
Phone: 425-818-4818
Fax: 425-484-4444

1 | Presented by:
2 | **KAPLAN LAW PLLC**
3 | By: /s/ *Michelle C. Kaplan*
4 | Michelle Carmody Kaplan
  | WSBA No. 27286
5 | Attorney for Debtor

[**Proposed**] Order to Redeem
Personal Property - 3

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA  98004
Phone: 425-818-4818
Fax: 425-484-4444