|    |    |
|----|----|
| 1  | The Honorable Timothy W. Dore |
| 2  | Chapter 7<br>Hearing Date: Friday, Sept. 11, 2020 |
|    | Hearing Time: 9:30 A.M. |
| 3  | Location: Seattle - Telephonic |
|    | Dial: 1-888-363-4749 |
| 4  | Enter Access Code: 2762430# |
|    | Press the # sign |
| 5  | Enter Security Code: 5335# |
|    | Response Date: Sept. 4, 2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

NICHOLAS CLIFTON BARNARD,

Debtor.

Case No. 16-11870 TWD

DECLARATION OF NICHOLAS C. BARNARD SUPPORTING HIS MOTION TO REDEEM PERSONAL PROPERTY

I, Nicholas Clifton Barnard, declare under penalty of perjury pursuant to the laws of the state of Washington as follows:

1. I am over 18 years old and am competent to testify. I am the Debtor in the above-reference matter and make the following declaration based upon my personal knowledge and belief.

2. Kelly Blue Book values my 2013 Ford C-Max Energi, VIN: 1FADP5CU7DL531019 (the "Property"), based on good condition and a private party sale at between $4,610 and $7,337. A true and correct copy of the Kelly Blue Book estimate is attached as **Exhibit A**.

Barnard Declaration Re: Redemption - 1

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818

3. Kelly Blue Book defines "good" condition as "[h]as some repairable cosmetic defects and is free of major mechanical problems." *KBB.com*. The Property is not currently in "good" condition as it has substantial damage. It will cost approximately $4,937 to repair the current damage and render the Property in "good" condition as defined by Kelly Blue Book. A true and correct copy of a repair estimate I obtained from Fix Auto Kenmore is attached as **Exhibit B**.

4. I determined the "Redemption Value," as defined in my Motion to Redeem Personal Property, of $2,400 by subtracting the repair estimate from the top end value of the Kelly Blue Book "good" condition for a private party sale.

SIGNED this 15th day of August 2020 at Seattle, Washington.

/s/ *Nicholas Barnard*
Nicholas Clifton Barnard

Barnard Declaration Re: Redemption - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818

Case 20-11870-TWD    Doc 15    Filed 08/15/20    Ent. 08/15/20 17:03:27    Pg. 2 of 8

# EXHIBIT A


Advertisement

## My Car's Value
### 2013 Ford C-MAX Energi SEL Wagon 4D

near **Seattle, WA 98101**   Mileage: **118,962**   Edit Options

4.5 ⭐ (44 Ratings)   Write a review

### 1 Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

Instant Cash Offer | Trade-in | **Private Party** | Donate Your Car

 **9 Recalls Found**
Is my car affected?

**Service & Repair Estimator**
What's a fair price?
Next Service: **120,000**



Private Party Range
**$4,610 - $7,337**
Private Party Value
**$5,974**




ⓘ Important info & definitions

Condition: **Good**

Valid for ZIP Code **98101** through **08/10/2020**

4.5 ⭐ (44 Ratings)

### Private Party Value
Leverage this value to set your price and negotiate with private-party buyers.

Average Time to Sell:
# 30
**DAYS**

How Much to Expect:
## $$$$

Level of Effort:
▬▬▬▬▬
**High**

# EXHIBIT B



# FIX AUTO KENMORE

Committed to Excellence
6722 Bothell Way NE, Kenmore, WA 98028
Phone: (425) 487-2600
FAX: (425) 486-6260

| Workfile ID: | d7f5d1c0 |
| --- | --- |
| PartsShare: | 5TLCnR |

## Estimate

**RO Number:**

| Customer: | Insurance: | ADJUSTER: | Estimator: | Raymon Bonner |
| --- | --- | --- | --- | --- |
| BARNARD, NICHOLAS | pp | Phone: | Create Date: | 7/17/2020 |
| 6806 OSWEGO PL NE, 101 | | Claim: | PP | |
| SEATTLE, WA 98115 | | Loss Date: | | |
| (206) 457-6045 | | Deductible: | | |

2013 FORD C-Max Energi SEL 4D H/B 4-2.0L Hybrid Electronic Fuel Injection white

| VIN: | 1FADP5CU7DL531019 | Interior Color: | | Mileage In: | 118,183 | Vehicle Out: | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| License: | | Exterior Color: | white | Mileage Out: | | | |
| State: | | Production Date: | 3/2013 | Condition: | | Job #: | |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | E01 | | **FRONT BUMPER & GRILLE** | | | | | | |
| 2 | E01 | Repair | Bumper cover w/o tow hook | | | | 3.0T | Body | 2.8T |
| 3 | E01 | | Add for Three Stage | | | | | | 2.0T |
| 4 | E01 | Remove/Replace | RT Side retainer | 1 | 15.07T | OEM | 0.2T | Body | |
| 5 | E01 | Overhaul | O/H bumper assy | | | OEM | 2.9T | Body | |
| 6 | E01 | Remove/Install | Lower deflector | | | | 0.0T | Body | |
| 7 | E01 | | **FRONT LAMPS** | | | | | | |
| 8 | E01 | Remove/Install | RT Headlamp assy | | | | 0.3T | Body | |
| 9 | E01 | | **FENDER** | | | | | | |
| 10 | E01 | Repair | RT Fender (HSS) | | | | 3.0T | Body | 1.8T |
| 11 | E01 | | Add for Three Stage | | | | | | 1.3T |
| 12 | E01 | Remove/Install | RT Ft fender liner | | | | 0.4T | Body | |
| 13 | E01 | | **PILLARS, ROCKER & FLOOR** | | | | | | |
| 14 | E01 | Remove/Install | RT Vent glass FORD w/chrome molding | | | | 1.1T | Body | |
| 15 | E01 | | urethane kit | 1 | 15.00T | Other | | | |
| 16 | E01 | Blend | RT outer roof rail | | | | | | 0.5T |
| 17 | E01 | | **FRONT DOOR** | | | | | | |
| 18 | E01 | Repair | RT Outer panel | | | | 3.5T | Body | 2.1T |
| 19 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4)T |
| 20 | E01 | | Add for Three Stage | | | | | | 0.7T |
| 21 | E01 | Remove/Install | RT Belt w'strip bright | | | | 0.2T | Body | |
| 22 | E01 | Remove/Install | RT Nameplate "ENERGI" | | | | 0.2T | Body | |
| 23 | E01 | | clean and retape | 1 | 5.00T | Other | 0.2T | Body | |
| 24 | E01 | Remove/Replace | RT Nameplate "C-MAX" | 1 | 61.81T | OEM | 0.2T | Body | |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

7/17/2020 9:54:19 AM

Page 1

**RO Number:**

2013 FORD C-Max Energi SEL 4D H/B 4-2.0L Hybrid Electronic Fuel Injection white

| # | Code | Operation | Description | Qty | Amt | Type | Labor | | Refinish |
|---|---|---|---|---|---|---|---|---|---|
| 25 | E01 | Remove/Install | RT R&I mirror | | | | 0.3T | Body | |
| 26 | E01 | | remove adhiesive from door | 1 | 2.00T | Other | 0.2T | Body | |
| 27 | E01 | Remove/Install | RT Handle, outside w/keyless start | | | | 0.4T | Body | |
| 28 | E01 | Repair | RT Handle, outside w/keyless start | | | | 1.0T | Body | 0.5T |
| 29 | E01 | | Overlap Minor Panel | | | | | | (0.2)T |
| 30 | E01 | | Add for Three Stage | | | | | | 0.1T |
| 31 | E01 | Remove/Install | RT R&I trim panel | | | | 0.6T | Body | |
| 32 | E01 | | **REAR DOOR** | | | | | | |
| 33 | E01 | Repair | RT Outer panel | | | | 2.0T | Body | 2.1T |
| 34 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4)T |
| 35 | E01 | | Add for Three Stage | | | | | | 0.7T |
| 36 | E01 | Remove/Install | RT Belt w'strip bright | | | | 0.2T | Body | |
| 37 | E01 | Remove/Install | RT Handle, outside w/o keyless start | | | | 0.4T | Body | |
| 38 | E01 | Remove/Install | RT R&I trim panel | | | | 0.5T | Body | |
| 39 | E01 | | **QUARTER PANEL** | | | | | | |
| 40 | E01 | Repair | RT Quarter panel | | | | 6.5T | Body | 2.3T |
| 41 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4)T |
| 42 | E01 | | Add for Three Stage | | | | | | 0.8T |
| 43 | E01 | Blend | Fuel door | | | | | | 0.2T |
| 44 | E01 | Remove/Install | Fuel door | | | | 0.1T | Body | |
| 45 | E01 | Remove/Install | RT Splash shield to 02/04/2018 | | | | 0.3T | Body | |
| 46 | E01 | Remove/Replace | RT Stone guard | | | OEM | 0.3T | Body | |
| 47 | E01 | Remove/Install | RT Pillar trim | | | | 0.2T | Body | |
| 48 | E01 | Remove/Install | RT Qtr glass Ford bright frame | | | | 1.3T | Body | |
| | | | NOTE: LABOR: Time is after pillar trim and trunk side trim are removed. | | | | | | |
| 49 | E01 | | urethane kit | 1 | 15.00T | Other | | | |
| 50 | E01 | Remove/Install | RT Upper trim | | | | 0.1T | Body | |
| 51 | E01 | Repair | LT Quarter panel | | | | 3.0T | Body | 2.3T |
| 52 | E01 | | Overlap Major Non-Adj. Panel | | | | | | (0.2)T |
| 53 | E01 | | Add for Three Stage | | | | | | 0.8T |
| 54 | E01 | Remove/Install | LT Splash shield to 02/04/2018 | | | | 0.3T | Body | |
| 55 | E01 | Remove/Install | LT Qtr glass Ford black frame | | | | 1.3T | Body | |
| 56 | E01 | | urethane kit | 1 | 15.00T | Other | | | |
| 57 | E01 | Remove/Install | LT Pillar trim | | | | 0.2T | Body | |
| 58 | E01 | | **REAR BODY & FLOOR** | | | | | | |
| 59 | E01 | Remove/Install | RT Trunk side trim | | | | 0.4T | Body | |
| 60 | E01 | Remove/Install | LT Trunk side trim | | | | 0.4T | Body | |
| 61 | E01 | | **REAR LAMPS** | | | | | | |
| 62 | E01 | Remove/Install | RT Tail lamp assy | | | | 0.3T | Body | |
| 63 | E01 | | **REAR BUMPER** | | | | | | |
| 64 | E01 | Remove/Install | R&I bumper cover | | | | 1.0T | Body | |
| 65 | E01 | Repair | Bumper cover | | | | 3.0T | Body | 2.8T |
| 66 | E01 | | Add for Three Stage | | | | | | 2.0T |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

**RO Number:**

2013 FORD C-Max Energi SEL 4D H/B 4-2.0L Hybrid Electronic Fuel Injection white

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 67 | E01 | Remove/Install | Valance | | | | 0.4T | Body |
| 68 | E01 | Remove/Install | Park sensors | | | | 0.4T | Body |
| 69 | E01 | Repair | Scan for diagnostic trouble codes at completion of repairs | | | | 0.5T | Mech |
| 70 | E01 | Remove/Replace | Cover vehicle | 1 | 5.00T | Other | 0.3T | Body |
| 71 | E01 | Remove/Replace | Corrosion protection | 1 | 8.00T | Other | 0.3T | Body |
| 72 | E01 | Remove/Replace | Flex additive | 1 | 5.00T | Other | | |

| Estimate Totals | Discount $ | Markup $ | Rate $ | Total Hours | Total $ |
|---|---|---|---|---|---|
| Parts | | | | | 146.88 |
| Labor, Body | | | 54.00 | 40.9 | 2,208.60 |
| Labor, Refinish | | | 54.00 | 24.2 | 1,306.80 |
| Labor, Mechanical | | | 103.00 | 0.5 | 51.50 |
| Material, Paint | | | 32.00 | 24.2 | 774.40 |
| **Subtotal** | | | | | **4,488.18** |
| Sales Tax | | | | | 448.82 |
| **Grand Total** | | | | | **4,937.00** |
| **Net Total** | | | | | **4,937.00** |

| Estimate Version | Total $ |
|---|---|
| Original | 4,937.00 |

| | |
|---|---|
| Insurance Total $: | 4,937.00 |
| Received from Insurance $: | 0.00 |
| Balance due from Insurance $: | 4,937.00 |
| Customer Total $: | 0.00 |
| Received from Customer $: | 0.00 |
| Balance due from Customer $: | 0.00 |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

7/17/2020 9:54:19 AM                                                                                                                                 Page 3

Case 20-11870-TWD    Doc 15    Filed 08/15/20    Ent. 08/15/20 17:03:27    Pg. 8 of 8