# EXHIBIT 1

# N.A.D.A. Official Used Car Guide
## Automated Vehicle Valuation
Tuesday, August 18, 2020

| | | | |
|---|---|---|---|
| **Guide Edition:** | July 2019 | **Region:** | Pacific Northwest |
| **Vehicle:** | 2013   FORD | | |
| | C-Max | **VIN:** | 1FADP5CU7DL531019 |
| | Hatchback 5D Energi I4 Hybrid | **Weight:** | 3,986 |
| **Mileage:** | 117,889 | **MSRP:** | $32,950.00 |

**Base Retail:** $8,975.00  **Base Trade:** $6,625.00  **Base Loan:** $5,975.00

## Accessory Adjustments:

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| Heated Exterior Mirrors | (w/body) | (w/body) | (w/body) |
| Heated Front Seats | (w/body) | (w/body) | (w/body) |
| Parking Aid | (w/body) | (w/body) | (w/body) |
| Remote Engine Starter | (w/body) | (w/body) | (w/body) |

**Mileage Adj.:** ($925.00)   **(Trade) Accessory Adj.:** $0.00

## Total N.A.D.A. Official Used Car Values

**Retail:** $8,050.00   **Trade:** $5,700.00   **Loan:** $5,050.00

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company  Copyright NADASC 1996