UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| IN RE: | **CHAPTER 7 BANKRUPTCY** |
|---|---|
| Nicholas Clifton Barnard, | **NO.: 20-11870-TWD** |
| Debtors. | **STIPULATED ORDER ON DEBTOR'S MOTION TO REDEEM AND CREDITOR'S MOTION FOR RELIEF** |

Santander Consumer USA Inc., its assignees and/or successors ("Secured Creditor") and Debtor, Nicolas Clifton Barnard, ("Debtor") stipulate that Debtor's motion to redeem should be resolved as provided in this stipulated order. Based on the stipulation, it is ORDERED that the stay existing pursuant to 11 U.S.C. § 362(a) as to the 2013 Ford C-Max VIN: 1FADP5CU7DL531019 (Vehicle) shall remain in effect as to Creditor subject to the following conditions:

1. The Debtor shall pay to Creditor the sum of $5,250.00 in one lump sum in redemption of the Vehicle. Payment shall be in the form of a cashier's check, other certified funds or a check on an account of Debtor's lender and made payable to Santander Consumer USA Inc.

2. Payment shall be received within 14 days of the date of this order. Payment shall be made payable to Santander Consumer USA, Inc. and mailed to the following address: Santander Consumer USA, Inc., P.O. Box 560284, Dallas TX 75356.

1

3. Should the the payment of $5,250.00 fail to be received by the time provided herein, Creditor shall provide written notice of the default to the Debtor and the Debtor's attorney. The Debtor will then have 5 days from the date the written notice was delivered to the Debtor and the Debtor's attorney to bring the required payment current. If Debtor fails to cure the default as outlined in the notice, then Creditor shall be entitled to submit an order terminating the automatic stay supported by a certificate of non-compliance and copy of the mailed written notice of default.

4. Upon receipt of the redemption payment of $5,250.00, Creditor shall, within 15 days of receipt of payment, transfer title to the Debtors' attorney or an alternative address provided by Debtors' attorney to Creditor's counsel.

5. If payment is timely received by Creditor and the redemption is finalized, Creditor's motion for relief from stay shall be considered withdrawn.

/ / / End of Order / / /

Approved as to form:                          Presented by:

_/s/ Michelle Carmondy Kaplan_____        __/s/ James K. Miersma_____
Michelle Carmody Kaplan WSBA#27286            James K. Miersma WSBA#22062
Attorney for Debtor                           Attorney for Creditor

2

Stipulation, Case No. 20-11870-TWD
File No. WA-20-162851-
CPG