United States Bankruptcy Court
Western District of Washington

In re:  
Nicholas Clifton Barnard  
    Debtor(s)

Case No. 20-11870-TWD  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0981-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Clifton Barnard, 6806 Oswego PL NE, #101, Seattle, WA 98115-6400 |
| cr | + | Santander Consumer USA Inc., c/o McCarthy & Holthus, LLP, 108 1st Avenue South, Ste. 300, Seattle, WA 98104-2104 |
| 956858453 | + | 1&1 Internet Inc., 701 Lee Rd. Suite 300, Chesterbrook, PA 19087-5612 |
| 956858454 | + | AAC/FSC Clocktower Investors, 13725 32nd Ave. NE, Seattle, WA 98125-3690 |
| 956858459 | + | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 956858457 | + | Amexdsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 956858460 | + | Benjamin Schwartz, 210B 26th Ave. E, Seattle, WA 98112-5411 |
| 956858462 | | Boeing Employees C U, P O Box 97050-Dir Of Ln, Seattle, WA 98124 |
| 956858464 | + | Cap One Na, 1 S Orange St, Wilmington, DE 19801-5006 |
| 956858469 | + | Code Fellows, LLC, 2901 3rd Ave., Ste. 300, Seattle, WA 98121-1042 |
| 956858476 | + | First Internet Bank Of, 11201 USA Pkwy, Fishers IN 46037-9202 |
| 956858480 | + | Kay Hessemer, 1302 N 152nd St #14, Shoreline, WA 98133-6248 |
| 956858481 | + | Key Bank N.A., PO box 94968, Cleveland, OH 44101-4968 |
| 956858483 | | Lab. Co. of America Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 956858485 | + | Mark T. Case, PO Box 30131, Spokane, WA 99223-3002 |
| 956858486 | + | Michele Eckman, 8628 SW 108 PL RD, Ocala, FL 34481-5383 |
| 956858487 | + | Mobiloans, LLC, PO Box 1409, Marksville, LA 71351-1409 |
| 956858488 | + | Pacific Medical Centers, PO Box 24386, Seattle, WA 98124-0386 |
| 956858492 | + | Randi Dolan, 3112 Celt Aly, Nolensville, TN 37135-1215 |
| 956858493 | | Red Rock Tribal Lending, dba CastlePayday.com, PO Box 704, Watersmeet, MI 49969-0704 |
| 956858495 | | Swedish Medical Center, Mailstop: 37268915, P.O. Box 660354, Dallas, TX 75266-0354 |
| 956858496 | + | Swedish Medical Group, PO Box 84026, Seattle, WA 98124-8426 |
| 956858504 | + | US Dept. of Ed/glelsi, P.O. Box 7860, Madison, WI 53707-7860 |
| 956858503 | + | US Dept. of Ed/glelsi, P.O. Box 5609, Greenville, TX 75403-5609 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRGBROWN.COM | Oct 08 2020 03:43:00 | Ronald G. Brown, 999 3rd Ave Ste 2525, Seattle, WA 98104-4032 |
| smg | | EDI: WADEPREV.COM | Oct 08 2020 03:43:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Oct 08 2020 00:13:00 | Santander Consumer USA Inc., c/o McCarthy & Holthus, LLP, 108 1st Avenue South, Ste. 300, Seattle, WA 98104-2104 |
| 956858458 | + | EDI: CINGMIDLAND.COM | Oct 08 2020 03:43:00 | AT&T, PO Box 30459, Los Angeles, CA 90030-0459 |
| 956889524 | | EDI: BECKLEE.COM | Oct 08 2020 03:43:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956858456 | + | EDI: AMEREXPR.COM | Oct 08 2020 03:43:00 | Amex, Po Box 297871, Fort Lauderdale, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 33329-7871 |
| 956858461 | | EDI: BANKAMER.COM | Oct 08 2020 03:43:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 956858463 | + | Email/Text: ecf@becu.org | Oct 08 2020 00:14:00 | Boeing Employees C U, Po Box 97050, Seattle, WA 98124-9750 |
| 956858465 | | EDI: CAPITALONE.COM | Oct 08 2020 03:43:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 956858466 | | Email/Text: bankruptcy@cashcentral.com | Oct 08 2020 00:14:00 | Cash Central of WA, LLC, 84 E 2400 N, North Logan, UT 84341-2902 |
| 956858468 | + | EDI: CITICORP.COM | Oct 08 2020 03:43:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 956858470 | + | EDI: CRFRSTNA.COM | Oct 08 2020 03:43:00 | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 956858471 | + | Email/Text: kthompson@crownasset.com | Oct 08 2020 00:14:00 | Crown Asset Mgt, LLC, 3100 Breckinridge Blvd., Ste 725, Duluth, GA 30096-7605 |
| 956882007 | | EDI: Q3G.COM | Oct 08 2020 03:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 956858472 | + | EDI: DISCOVER.COM | Oct 08 2020 03:43:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 956858473 | + | EDI: WADEPESD.COM | Oct 08 2020 03:43:00 | Employment Security Department, P.O. Box 9046, Olympia, WA 98507-9046 |
| 956858474 | + | Email/Text: l.clauson@everprof.com | Oct 08 2020 00:14:00 | Evergreen Prof. Recovery, 12100 NE 195th St., Ste. 125, Bothell, WA 98011-5777 |
| 956858475 | + | Email/Text: l.clauson@everprof.com | Oct 08 2020 00:14:00 | Evergreen Professional Recover, 12100 NE 195th St Ste 125, Bothell WA 98011-5777 |
| 956858477 | + | Email/Text: BK@lendup.com | Oct 08 2020 00:14:00 | Flurish Inc. dba LendUp, 237 Kearny St. #372, San Francisco, CA 94108-4502 |
| 956858479 | + | EDI: IRS.COM | Oct 08 2020 03:43:00 | Internal Revenue Service, Centralised Insolvency Op., PO Box 7346, Philadelphia, PA 19101-7346 |
| 956858467 | | EDI: JPMORGANCHASE | Oct 08 2020 03:43:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 956858482 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 00:13:00 | Kohls/Chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 956858484 | + | Email/Text: mpcbankruptcy@marathonpetroleum.com | Oct 08 2020 00:14:00 | Marathon Petroleum Co, 539 S Main St, Findlay, OH 45840-3229 |
| 956858491 | | EDI: PRA.COM | Oct 08 2020 03:43:00 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541 |
| 956858489 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 08 2020 00:14:00 | Plain Green, 93 Mack Road Suite Po Box 270, Box Elder, MT 59521-0270 |
| 956858490 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Oct 08 2020 00:14:00 | Plain Green, LLC, 93 Mack Road, Suite 600, PO Box 270, Box Elder, MT 59521-0270 |
| 956880040 | | EDI: Q3G.COM | Oct 08 2020 03:43:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 956858494 | | EDI: DRIV.COM | Oct 08 2020 03:43:00 | Santander Consumer USA, Attn.: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 956858497 | + | EDI: RMSC.COM | Oct 08 2020 03:43:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 956858498 | + | EDI: RMSC.COM | Oct 08 2020 03:43:00 | Synchrony Bank, PO Box 5138, Timonium, MD 21094-5138 |
| 956858499 | + | EDI: WTRRNBANK.COM | Oct 08 2020 03:43:00 | Target Nb, Po Box 673, Minneapolis, MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55440-0673 |
| 956858500 | + EDI: WTRRNBANK.COM | | Oct 08 2020 03:43:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 956858501 | EDI: USBANKARS.COM | | Oct 08 2020 03:43:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |
| 956858502 | EDI: USBANKARS.COM | | Oct 08 2020 03:43:00 | Us Bank, Cb Disputes Po Box 108, Saint Louis, MO 63166 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 956889525 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956858478 | *+ | Internal Revenue Service, Field Insolvency Unit, 915 Second Ave M/S W244, Seattle, WA 98174-1030 |
| 956858455 | ##+ | American Credit Resolution, 270 Carpenter Dr Ste 575, Atlanta, GA 30328-4973 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James K Miersma | on behalf of Creditor Santander Consumer USA Inc. bknotice@mccarthyholthus.com |
| Michelle Carmody Kaplan | on behalf of Debtor Nicholas Clifton Barnard michelle@kaplanlawpllc.com jbolen@kaplanlawpllc.com |
| Ronald G. Brown | rgblaw@nwlink.com rgbrown@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Nicholas Clifton Barnard<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6568<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Western District of Washington | |
| Case number:  20–11870–TWD | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicholas Clifton Barnard

10/7/20  **By the court:** Timothy W. Dore
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

Case 20-11870-TWD   Doc 20   Filed 10/09/20   Ent. 10/09/20 21:26:11   Pg. 4 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**