United States Bankruptcy Court

Western District of Washington

In re:  
Nicholas Clifton Barnard  
    Debtor(s)

Case No. 20-11870-TWD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 10, 2020     Form ID: ntcclm     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Clifton Barnard, 6806 Oswego PL NE, #101, Seattle, WA 98115-6400 |
| 956858453 | + | 1&1 Internet Inc., 701 Lee Rd. Suite 300, Chesterbrook, PA 19087-5612 |
| 956858454 | + | AAC/FSC Clocktower Investors, 13725 32nd Ave. NE, Seattle, WA 98125-3690 |
| 956858459 | + | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 956858457 | + | Amexdsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 956858460 | + | Benjamin Schwartz, 210B 26th Ave. E, Seattle, WA 98112-5411 |
| 956858462 | | Boeing Employees C U, P O Box 97050-Dir Of Ln, Seattle, WA 98124 |
| 956858464 | + | Cap One Na, 1 S Orange St, Wilmington, DE 19801-5006 |
| 956858469 | + | Code Fellows, LLC, 2901 3rd Ave., Ste. 300, Seattle, WA 98121-1042 |
| 956858476 | + | First Internet Bank Of, 11201 USA Pkwy, Fishers IN 46037-9202 |
| 956858480 | + | Kay Hessemer, 1302 N 152nd St #14, Shoreline, WA 98133-6248 |
| 956858481 | + | Key Bank N.A., PO box 94968, Cleveland, OH 44101-4968 |
| 956858483 | | Lab. Co. of America Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 956858485 | + | Mark T. Case, PO Box 30131, Spokane, WA 99223-3002 |
| 956858486 | + | Michele Eckman, 8628 SW 108 PL RD, Ocala, FL 34481-5383 |
| 956858487 | + | Mobiloans, LLC, PO Box 1409, Marksville, LA 71351-1409 |
| 956858488 | + | Pacific Medical Centers, PO Box 24386, Seattle, WA 98124-0386 |
| 956858492 | + | Randi Dolan, 3112 Celt Aly, Nolensville, TN 37135-1215 |
| 956858493 | | Red Rock Tribal Lending, dba CastlePayday.com, PO Box 704, Watersmeet, MI 49969-0704 |
| 956858495 | | Swedish Medical Center, Mailstop: 37268915, P.O. Box 660354, Dallas, TX 75266-0354 |
| 956858496 | + | Swedish Medical Group, PO Box 84026, Seattle, WA 98124-8426 |
| 956858504 | + | US Dept. of Ed/glelsi, P.O. Box 7860, Madison, WI 53707-7860 |
| 956858503 | + | US Dept. of Ed/glelsi, P.O. Box 5609, Greenville, TX 75403-5609 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRGBROWN.COM | Nov 11 2020 05:23:00 | Ronald G. Brown, 999 3rd Ave Ste 2525, Seattle, WA 98104-4032 |
| smg | | EDI: WADEPREV.COM | Nov 11 2020 05:23:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Nov 11 2020 02:38:00 | Santander Consumer USA Inc., c/o McCarthy & Holthus, LLP, 108 1st Avenue South, Ste. 300, Seattle, WA 98104-2104 |
| 956858458 | + | EDI: CINGMIDLAND.COM | Nov 11 2020 05:23:00 | AT&T, PO Box 30459, Los Angeles, CA 90030-0459 |
| 956889524 | | EDI: BECKLEE.COM | Nov 11 2020 05:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956858456 | + | EDI: AMEREXPR.COM | Nov 11 2020 05:23:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |

| Number | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 956858461 | | EDI: BANKAMER.COM | Nov 11 2020 05:23:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 956858463 | + | Email/Text: ecf@becu.org | Nov 11 2020 02:38:00 | Boeing Employees C U, Po Box 97050, Seattle, WA 98124-9750 |
| 956858465 | | EDI: CAPITALONE.COM | Nov 11 2020 05:23:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 956858466 | | Email/Text: bankruptcy@cashcentral.com | Nov 11 2020 02:38:00 | Cash Central of WA, LLC, 84 E 2400 N, North Logan, UT 84341-2902 |
| 956858468 | + | EDI: CITICORP.COM | Nov 11 2020 05:23:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 956858470 | + | EDI: CRFRSTNA.COM | Nov 11 2020 05:23:00 | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 956858471 | + | Email/Text: kthompson@crownasset.com | Nov 11 2020 02:38:00 | Crown Asset Mgt, LLC, 3100 Breckinridge Blvd., Ste 725, Duluth, GA 30096-7605 |
| 956882007 | | EDI: Q3G.COM | Nov 11 2020 05:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 956858472 | + | EDI: DISCOVER.COM | Nov 11 2020 05:23:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 956858473 | + | EDI: WADEPESD.COM | Nov 11 2020 05:23:00 | Employment Security Department, P.O. Box 9046, Olympia, WA 98507-9046 |
| 956858474 | + | Email/Text: l.clauson@everprof.com | Nov 11 2020 02:38:00 | Evergreen Prof. Recovery, 12100 NE 195th St., Ste. 125, Bothell, WA 98011-5777 |
| 956858475 | + | Email/Text: l.clauson@everprof.com | Nov 11 2020 02:38:00 | Evergreen Professional Recover, 12100 NE 195th St Ste 125, Bothell WA 98011-5777 |
| 956858477 | + | Email/Text: BK@lendup.com | Nov 11 2020 02:38:00 | Flurish Inc. dba LendUp, 237 Kearny St. #372, San Francisco, CA 94108-4502 |
| 956858479 | + | EDI: IRS.COM | Nov 11 2020 05:23:00 | Internal Revenue Service, Centralised Insolvency Op., PO Box 7346, Philadelphia, PA 19101-7346 |
| 956858467 | | EDI: JPMORGANCHASE | Nov 11 2020 05:23:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 956858482 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 11 2020 02:38:00 | Kohls/Chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 956858484 | + | Email/Text: mpcbankruptcy@marathonpetroleum.com | Nov 11 2020 02:38:00 | Marathon Petroleum Co, 539 S Main St, Findlay, OH 45840-3229 |
| 956858491 | | EDI: PRA.COM | Nov 11 2020 05:23:00 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541 |
| 956858489 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Nov 11 2020 02:38:00 | Plain Green, 93 Mack Road Suite Po Box 270, Box Elder, MT 59521-0270 |
| 956858490 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Nov 11 2020 02:38:00 | Plain Green, LLC, 93 Mack Road, Suite 600, PO Box 270, Box Elder, MT 59521-0270 |
| 956880040 | | EDI: Q3G.COM | Nov 11 2020 05:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 956858494 | | EDI: DRIV.COM | Nov 11 2020 05:23:00 | Santander Consumer USA, Attn.: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 956858497 | + | EDI: RMSC.COM | Nov 11 2020 05:23:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 956858498 | + | EDI: RMSC.COM | Nov 11 2020 05:23:00 | Synchrony Bank, PO Box 5138, Timonium, MD 21094-5138 |
| 956890970 | | EDI: AIS.COM | Nov 11 2020 05:23:00 | TD Bank, USA, by American InfoSource as agent, PO Box 248866, Oklahoma City, OK 73124-8866 |

| Recip ID | Bypass Code | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| 956858499 | + | EDI: WTRRNBANK.COM | Nov 11 2020 05:23:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 956858500 | + | EDI: WTRRNBANK.COM | Nov 11 2020 05:23:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 956858501 | | EDI: USBANKARS.COM | Nov 11 2020 05:23:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |
| 956858502 | | EDI: USBANKARS.COM | Nov 11 2020 05:23:00 | Us Bank, Cb Disputes Po Box 108, Saint Louis, MO 63166 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 956889525 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956858478 | *+ | Internal Revenue Service, Field Insolvency Unit, 915 Second Ave M/S W244, Seattle, WA 98174-1030 |
| 956858455 | ##+ | American Credit Resolution, 270 Carpenter Dr Ste 575, Atlanta, GA 30328-4973 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James K Miersma | on behalf of Creditor Santander Consumer USA Inc. bknotice@mccarthyholthus.com |
| Michelle Carmody Kaplan | on behalf of Debtor Nicholas Clifton Barnard michelle@kaplanlawpllc.com jbolen@kaplanlawpllc.com |
| Ronald G. Brown | rgblaw@nwlink.com rgbrown@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

Form ntcclm (01/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Nicholas Clifton Barnard
SSN: xxx−xx−6568

SSN:

Debtor(s).

Case Number: 20−11870−TWD
Chapter: 7

---

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS
## AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Ronald G. Brown**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **February 12, 2021.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

### ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
### ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: November 10, 2020

Mark L. Hatcher
Clerk of the Bankruptcy Court