Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
   Nicholas Clifton Barnard

Case Number: 20–11870–TWD
Chapter: 7

   Debtor(s).

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **US Dept of Ed/glelsi**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: <u>January 11, 2021</u>

                                          Mark L. Hatcher
                                        Clerk of the Bankruptcy Court