United States Bankruptcy Court
Western District of Washington

In re:                                                                                    Case No. 20-11870-TWD
Nicholas Clifton Barnard                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0981-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 11, 2021 | Form ID: dbtrclm | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

**Recip ID**      **Recipient Name and Address**
db      +   Nicholas Clifton Barnard, 6806 Oswego PL NE, #101, Seattle, WA 98115-6400

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James K Miersma | on behalf of Creditor Santander Consumer USA Inc. bknotice@mccarthyholthus.com |
| Michelle Carmody Kaplan | on behalf of Debtor Nicholas Clifton Barnard michelle@kaplanlawpllc.com  jbolen@kaplanlawpllc.com |
| Ronald G. Brown | rgblaw@nwlink.com  rgbrown@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In
Re:

    Nicholas Clifton Barnard

    Debtor(s).

Case Number: 20−11870−TWD
Chapter: 7

---

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **US Dept of Ed/glelsi**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: <u>January 11, 2021</u>

Mark L. Hatcher
Clerk of the Bankruptcy Court