# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:                                    ) Chapter 7
                                          ) No. 20-11870
NICHOLAS CLIFTON BARNARD                  )
                                          ) ORDER ALLOWING
                                          ) AND DISALLOWING CLAIMS
                                          )
                                          )
                                          )
                    Debtor.               )
                                          )
_____ )

THIS MATTER having come regularly before the above entitled court, proper notice having been properly given by the Clerk of the Court to the creditors and other parties of record, the court having reviewed the Trustee's motion, and the records and files herein, and no response having been made, now, therefore,

IT IS HEREBY ORDERED that claims shall be allowed as follows:

## PRIORITY CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 6A | Internal Revenue Service | $2,301.12 |
| | TOTAL PRIORITY CLAIMS | $2,301.12 |

## GENERAL UNSECURED CLAIMS

ORDER ALLOWING
AND DISALLOWING CLAIMS - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | Quantum3 Group LLC | $24,605.95 |
| 2 | Department Stores National Bank | $201.48 |
| 3 | American Express National Bank | $2,675.84 |
| 4 | American Express National Bank | $1,308.53 |
| 5 | TD Bank, USA | $818.47 |
| 7 | Ashley Funding Services, LLC | $114.62 |
| 13 | Credit First NA | $1,288.23 |
| 14 | BECU | $1,505.63 |
| 15 | BECU | $2,147.82 |
| 16 | Portfolio Recovery Services | $2,634.03 |
| 17 | Evergreen Professional Recoveries | $1,171.00 |
| | TOTAL GENERAL UNSECURED CLAIMS | $38,471.60 |

## TAX PENALTY CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 6B | Internal Revenue Service | $171.69 |
| | TOTAL TAX PENALTY CLAIMS | $171.69 |

IT IS HEREBY FURTHER ORDERED that the following claims shall be denied:

| Claim No. | Claimant | Reason(s) |
|---|---|---|
| 8 (Amended) | Michele Eckman | Claim and amended claim were not filed by claimant; debtor prematurely filed the claims which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21, if claimant does not file a claim pursuant to BR 3004. Claims were filed with a statement of the claim which is inadequate to evaluate the claim. The lack of adequate supporting documentation does not allow the Trustee to ascertain the extent that the claim |

ORDER ALLOWING
AND DISALLOWING CLAIMS - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7251 FACSIMILE

Case 20-11870-TWD    Doc 37-1    Filed 02/16/21    Ent. 02/16/21 11:58:28    Pg. 2 of 4

| | | | |
|---|---|---|---|
| | | | qualifies for the class of claim asserted in the proof of claim, that it constitutes a liability of the estate, or that it may allow an evaluation by the Trustee to determine the extent, if any, of applicable defenses to the claim. Claim is disallowed in full. |
| | 9 | Randi Dolan | Claim was not filed by claimant; debtor prematurely filed the claim which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21, if claimant does not file a claim pursuant to BR 3004. Claim was filed with a statement of the claim which is inadequate to evaluate the claim. The lack of adequate supporting documentation does not allow the Trustee to ascertain the extent that the claim qualifies for the class of claim asserted in the proof of claim, that it constitutes a liability of the estate, or that it may allow an evaluation by the Trustee to determine the extent, if any, of applicable defenses to the claim. Claim is disallowed in full. |
| | 10 | Kay Hessemer | Claim was not filed by claimant; debtor prematurely filed the claim which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21, if claimant does not file a claim pursuant to BR 3004. Claim was filed with a statement of the claim which is inadequate to evaluate the claim. The lack of adequate supporting documentation does not allow the Trustee to ascertain the extent that the claim qualifies for the class of claim asserted in the proof of claim, that it constitutes a liability of the estate, or that it may allow an evaluation by the Trustee to determine the extent, if any, of applicable defenses to the claim. Claim is disallowed in full. |

ORDER ALLOWING
AND DISALLOWING CLAIMS - 3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

| 11 (Twice amended) | Benjamin Schwartz | Claim and amended claims were not filed by claimant; debtor prematurely filed the claims which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21, if claimant does not file a claim pursuant to BR 3004. Claims were filed with a statement of the claim which is inadequate to evaluate the claim. The lack of adequate supporting documentation does not allow the Trustee to ascertain the extent that the claim qualifies for the class of claim asserted in the proof of claim, that it constitutes a liability of the estate, or that it may allow an evaluation by the Trustee to determine the extent, if any, of applicable defenses to the claim. Claim is disallowed in full. |
|---|---|---|
| 12 (Amended) | U.S. Department of Education | Claim and amended claim were not filed by claimant; debtor prematurely filed the claims which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21, if claimant does not file a claim pursuant to BR 3004. Claims were filed with a statement of the claim which is inadequate to evaluate the claim. The lack of adequate supporting documentation does not allow the Trustee to ascertain the extent that the claim qualifies for the class of claim asserted in the proof of claim, that it constitutes a liability of the estate, or that it may allow an evaluation by the Trustee to determine the extent, if any, of applicable defenses to the claim. Claim is disallowed in full. |

// // END OF ORDER // //

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER ALLOWING
AND DISALLOWING CLAIMS - 4

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7551 FACSIMILE