The Honorable Timothy W. Dore
Chapter 7
Hearing Location: Telephonic
Hearing Date: March 26, 2021
Hearing Time: 9:30 a.m.
Response Date: March 19, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re:<br><br>NICHOLAS CLIFTON BARNARD<br><br><br><br>Debtor. | Chapter 7<br>No. 20-11870<br><br>NOTICE OF HEARING ON MOTION<br>FOR ORDER ALLOWING<br>AND DISALLOWING CLAIMS |

TO: Debtor, Creditors, and Other Interested Parties

And to: Clerk of the Court

YOU ARE HEREBY GIVEN NOTICE that the Chapter 7 Trustee has filed a Motion for Order Allowing and Disallowing Claims, which is available for review through the Clerk of the Court via ECF or Pacer, that will be heard by the court as follows:

Judge: Timothy W. Dore:
Date: March 26, 2021
Time: 9:30 a.m.
Location: Telephonic
Dial: 1-888-363-4749
Enter Access Code: 2762430#
Press the # sign
Enter Security Code when prompted: 5334#
Speak your name when prompted

**The trustee's motion for an order allowing claims is based on a claims register prepared by the Clerk of the Court. If a claim is not listed on the proposed order, the trustee has not been informed by the Clerk that such claim has been properly filed with the Court. Unless a claimant asserting an unlisted claim submits evidence to the trustee prior to the time**

NOTICE OF HEARING - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 348-7851 FACSIMILE

**of hearing that its claim has been properly filed, such claim will not be allowed or paid. No claim may be allowed by the trustee unless the claim is properly documented.**

**Claims may be filed by filing a proof of claim electronically through the website for the court at http://www.wawb.uscourts.gov/eclaims.htm.**

Objections/Responses

Any responses or objections to the motion must be in writing, with the original filed with the Clerk of the Bankruptcy Court, Room 6301, 700 Stewart Street, Seattle, Washington 98101, prior to the response date which is March 19, 2021. Failure to comply with this local rule may be deemed by the court as opposition without merit. If you are an attorney, your response or objection must be filed electronically on the Court's CM/ECF system. A copy should be delivered to the chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5103, 700 Stewart Street, Seattle, Washington 98101, and a copy served on the Trustee at the address shown in the lower right hand corner of this Notice or via ECF. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented, without further notice, to the court ex-parte prior to the scheduled hearing.

DATED this 16th day of February, 2021.

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

NOTICE OF HEARING - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

Case 20-11870-TWD    Doc 43    Filed 02/16/21    Ent. 02/16/21 12:09:42    Pg. 2 of 2