In re:  Case No. 20-11870-TWD

Nicholas Clifton Barnard  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: admin     Page 1 of 3
Date Rcvd: Feb 17, 2021     Form ID: pdf     Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Clifton Barnard, 6806 Oswego PL NE, #101, Seattle, WA 98115-6400 |
| cr | | US Dept of Ed/Glelsi, OP Box 7860, Madison, WI 53707 |
| 956858453 | + | 1&1 Internet Inc., 701 Lee Rd. Suite 300, Chesterbrook, PA 19087-5612 |
| 956858454 | + | AAC/FSC Clocktower Investors, 13725 32nd Ave. NE, Seattle, WA 98125-3690 |
| 956858459 | + | AT&T, PO Box 5074, Carol Stream, IL 60197-5074 |
| 956889524 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956858456 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 956858457 | + | Amexdsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 956858461 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 956858460 | + | Benjamin Schwartz, 210B 26th Ave. E, Seattle, WA 98112-5411 |
| 956858462 | | Boeing Employees C U, P O Box 97050-Dir Of Ln, Seattle, WA 98124 |
| 956928053 | + | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 956858464 | + | Cap One Na, 1 S Orange St, Wilmington, DE 19801-5006 |
| 956858468 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 956858469 | + | Code Fellows, LLC, 2901 3rd Ave., Ste. 300, Seattle, WA 98121-1042 |
| 956858470 | + | Credit First N.A., PO Box 81344, Cleveland, OH 44188-0001 |
| 956858476 | + | First Internet Bank Of, 11201 USA Pkwy, Fishers IN 46037-9202 |
| 956858480 | + | Kay Hessemer, 1302 N 152nd St #14, Shoreline, WA 98133-6248 |
| 956858481 | + | Key Bank N.A., PO box 94968, Cleveland, OH 44101-4968 |
| 956858483 | | Lab. Co. of America Holdings, PO Box 2240, Burlington, NC 27216-2240 |
| 956858485 | + | Mark T. Case, PO Box 30131, Spokane, WA 99223-3002 |
| 956858486 | + | Michele Eckman, 8628 SW 108 PL RD, Ocala, FL 34481-5383 |
| 956858487 | + | Mobiloans, LLC, PO Box 1409, Marksville, LA 71351-1409 |
| 956858488 | + | Pacific Medical Centers, PO Box 24386, Seattle, WA 98124-0386 |
| 956858492 | + | Randi Dolan, 3112 Celt Aly, Nolensville, TN 37135-1215 |
| 956858493 | | Red Rock Tribal Lending, dba CastlePayday.com, PO Box 704, Watersmeet, MI 49969-0704 |
| 956858494 | | Santander Consumer USA, Attn.: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 956858495 | | Swedish Medical Center, Mailstop: 37268915, P.O. Box 660354, Dallas, TX 75266-0354 |
| 956858496 | + | Swedish Medical Group, PO Box 84026, Seattle, WA 98124-8426 |
| 956858499 | + | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 956858500 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 956858501 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, 4325 17th Ave S, Fargo, ND 58125 |
| 956858504 | + | US Dept. of Ed/glelsi, P.O. Box 7860, Madison, WI 53707-7860 |
| 956858503 | + | US Dept. of Ed/glelsi, P.O. Box 5609, Greenville, TX 75403-5609 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bknotice@mccarthyholthus.com | Feb 18 2021 03:15:00 | Santander Consumer USA Inc., c/o McCarthy & Holthus, LLP, 108 1st Avenue South, Ste. 300, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Seattle, WA 98104-2104 |
| 956858458 | + | Email/Text: g20956@att.com | Feb 18 2021 03:16:00 | AT&T, PO Box 30459, Los Angeles, CA 90030-0459 |
| 956913216 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 02:36:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 956934883 | + | Email/Text: ecf@becu.org | Feb 18 2021 03:16:00 | BECU, PO Box 97050, Seattle, WA 98124-9750 |
| 956858463 | + | Email/Text: ecf@becu.org | Feb 18 2021 03:16:00 | Boeing Employees C U, Po Box 97050, Seattle, WA 98124-9750 |
| 956858465 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 02:45:53 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 956858466 | | Email/Text: bankruptcy@cashcentral.com | Feb 18 2021 03:16:00 | Cash Central of WA, LLC, 84 E 2400 N, North Logan, UT 84341-2902 |
| 956858468 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2021 02:37:35 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 956858471 | + | Email/Text: kthompson@crownasset.com | Feb 18 2021 03:16:00 | Crown Asset Mgt, LLC, 3100 Breckinridge Blvd., Ste. 725, Duluth, GA 30096-7605 |
| 956882007 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2021 03:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 956858472 | + | Email/Text: mrdiscen@discover.com | Feb 18 2021 03:15:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 956937165 | + | Email/Text: l.clauson@everprof.com | Feb 18 2021 03:16:00 | EVERGREEN PROFESSIONAL RECOVERIES INC, 12100 NE 195TH ST STE 125, BOTHELL, WA 98011-5777 |
| 956858473 | + | Email/Text: BPCUnit@esd.wa.gov | Feb 18 2021 03:16:00 | Employment Security Department, P.O. Box 9046, Olympia, WA 98507-9046 |
| 956858474 | + | Email/Text: l.clauson@everprof.com | Feb 18 2021 03:16:00 | Evergreen Prof. Recovery, 12100 NE 195th St., Ste. 125, Bothell, WA 98011-5777 |
| 956858475 | + | Email/Text: l.clauson@everprof.com | Feb 18 2021 03:16:00 | Evergreen Professional Recover, 12100 NE 195th St Ste 125, Bothell WA 98011-5777 |
| 956858477 | + | Email/Text: BK@lendup.com | Feb 18 2021 03:16:00 | Flurish Inc. dba LendUp, 237 Kearny St. #372, San Francisco, CA 94108-4502 |
| 956858479 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 18 2021 03:15:00 | Internal Revenue Service, Centralised Insolvency Op., PO Box 7346, Philadelphia, PA 19101-7346 |
| 956858467 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 18 2021 05:30:21 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 956858482 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 18 2021 03:15:00 | Kohls/Chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 956858484 | + | Email/Text: mpcbankruptcy@marathonpetroleum.com | Feb 18 2021 03:16:00 | Marathon Petroleum Co, 539 S Main St, Findlay, OH 45840-3229 |
| 956858491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 02:45:55 | Portfolio Recovery Assoc., P.O. Box 12914, Norfolk, VA 23541 |
| 956935963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 02:25:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 956858489 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Feb 18 2021 03:16:00 | Plain Green, 93 Mack Road Suite Po Box 270, Box Elder, MT 59521-0270 |
| 956858490 | + | Email/Text: bankruptcypgl@plaingreenloans.com | Feb 18 2021 03:16:00 | Plain Green, LLC, 93 Mack Road, Suite 600, PO Box 270, Box Elder, MT 59521-0270 |
| 956880040 | | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2021 03:16:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| 956858497 | + Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 02:35:58 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| --- | --- | --- | --- |
| 956858498 | + Email/PDF: gecsedi@recoverycorp.com | Feb 18 2021 02:25:45 | Synchrony Bank, PO Box 5138, Timonium, MD 21094-5138 |
| 956890970 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 18 2021 02:36:11 | TD Bank, USA, by American InfoSource as agent, PO Box 248866, Oklahoma City, OK 73124-8866 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Benjamin Schwartz, 210B 26th Ave E, Seattle, WA 98112-5411 |
| cr | *+ | Michele Eckman, 8628 SW 108 Pl Rd, Ocala, FL 34481-5383 |
| 956889525 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 956858478 | *+ | Internal Revenue Service, Field Insolvency Unit, 915 Second Ave M/S W244, Seattle, WA 98174-1030 |
| 956858502 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Cb Disputes Po Box 108, Saint Louis, MO 63166 |
| 956858455 | ##+ | American Credit Resolution, 270 Carpenter Dr Ste 575, Atlanta, GA 30328-4973 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| James K Miersma | on behalf of Creditor Santander Consumer USA Inc. bknotice@mccarthyholthus.com |
| Michelle Carmody Kaplan | on behalf of Debtor Nicholas Clifton Barnard michelle@kaplanlawpllc.com jbolen@kaplanlawpllc.com |
| Ronald G. Brown | rgblaw@nwlink.com rgbrown@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

The Honorable Timothy W. Dore
Chapter 7
Hearing Location: Telephonic
Hearing Date: March 26, 2021
Hearing Time: 9:30 a.m.
Response Date: March 19, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:

NICHOLAS CLIFTON BARNARD

                Debtor.

Chapter 7
No. 20-11870

NOTICE OF HEARING ON MOTION
FOR ORDER ALLOWING
AND DISALLOWING CLAIMS

TO: Debtor, Creditors, and Other Interested Parties

And to: Clerk of the Court

YOU ARE HEREBY GIVEN NOTICE that the Chapter 7 Trustee has filed a Motion for Order Allowing and Disallowing Claims, which is available for review through the Clerk of the Court via ECF or Pacer, that will be heard by the court as follows:

Judge: Timothy W. Dore:
Date: March 26, 2021
Time: 9:30 a.m.
Location: Telephonic
Dial: 1-888-363-4749
Enter Access Code: 2762430#
Press the # sign
Enter Security Code when prompted: 5334#
Speak your name when prompted

**The trustee's motion for an order allowing claims is based on a claims register prepared by the Clerk of the Court. If a claim is not listed on the proposed order, the trustee has not been informed by the Clerk that such claim has been properly filed with the Court. Unless a claimant asserting an unlisted claim submits evidence to the trustee prior to the time**

NOTICE OF HEARING - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

**of hearing that its claim has been properly filed, such claim will not be allowed or paid. No claim may be allowed by the trustee unless the claim is properly documented.**

**Claims may be filed by filing a proof of claim electronically through the website for the court at <u>http://www.wawb.uscourts.gov/eclaims.htm</u>.**

<u>Objections/Responses</u>

Any responses or objections to the motion must be in writing, with the original filed with the Clerk of the Bankruptcy Court, Room 6301, 700 Stewart Street, Seattle, Washington 98101, prior to the response date which is March 19, 2021. Failure to comply with this local rule may be deemed by the court as opposition without merit. If you are an attorney, your response or objection must be filed electronically on the Court's CM/ECF system. A copy should be delivered to the chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5103, 700 Stewart Street, Seattle, Washington 98101, and a copy served on the Trustee at the address shown in the lower right hand corner of this Notice or via ECF. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented, without further notice, to the court ex-parte prior to the scheduled hearing.

DATED this 16th day of February, 2021.

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

NOTICE OF HEARING - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

Case 20-11870-TWD    Doc 44    Filed 02/19/21    Ent. 02/19/21 21:18:14    Pg. 5 of 5