**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| In Re: | ) | Chapter 7 |
| --- | --- | --- |
| NICHOLAS CLIFTON BARNARD | ) | No. 20-11870 |
| | ) | ORDER ALLOWING |
| | ) | AND DISALLOWING CLAIMS |
| | ) | AND CONTINUING |
| | ) | CLAIMS HEARING |
| Debtor. | ) | |

THIS MATTER having come regularly before the above entitled court, proper notice having been properly given by the Clerk of the Court to the creditors and other parties of record, the court having reviewed the Trustee's motion, the trustee's claim objections, the debtor's filing of creditor claims in response to the trustee's claim objections (Claim Nos. 18-22), and the records and files herein, the trustee appearing at the time of hearing and the debtor appearing pro se at the time of hearing, and no other response having been made, now, therefore,

IT IS HEREBY ORDERED that the following claims shall be allowed as follows:

**PRIORITY CLAIMS**

| Claim No. | Claimant | Amount |
| --- | --- | --- |
| 6A | Internal Revenue Service | $2,301.12 |
| | TOTAL PRIORITY CLAIMS | $2,301.12 |

ORDER ALLOWING AND DISALLOWING CLAIMS
AND CONTINUING CLAIMS HEARING  - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON  98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

## GENERAL UNSECURED CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | Quantum3 Group LLC | $24,605.95 |
| 2 | Department Stores National Bank | $201.48 |
| 3 | American Express National Bank | $2,675.84 |
| 4 | American Express National Bank | $1,308.53 |
| 5 | TD Bank, USA | $818.47 |
| 7 | Ashley Funding Services, LLC | $114.62 |
| 13 | Credit First NA | $1,288.23 |
| 14 | BECU | $1,505.63 |
| 15 | BECU | $2,147.82 |
| 16 | Portfolio Recovery Services | $2,634.03 |
| 17 | Evergreen Professional Recoveries | $1,171.00 |
| 21 | U.S. Department of Education | $22,261.47 |
| | TOTAL GENERAL UNSECURED CLAIMS | $60,733.07 |

## TAX PENALTY CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 6B | Internal Revenue Service | $171.69 |
| | TOTAL TAX PENALTY CLAIMS | $171.69 |

IT IS HEREBY FURTHER ORDERED that the following claims shall be denied:

| Claim No. | Claimant | Reason(s) |
|---|---|---|
| 8 (Amended) | Michele Eckman | Claim and amended claim were not filed by claimant; debtor prematurely filed the claims which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21. |

ORDER ALLOWING AND DISALLOWING CLAIMS
AND CONTINUING CLAIMS HEARING - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7789 FACSIMILE

Case 20-11870-TWD    Doc 58    Filed 03/29/21    Ent. 03/29/21 13:42:55    Pg. 2 of 3

| 9 | Randi Dolan | Claim was not filed by claimant; debtor prematurely filed the claim which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21. |
|---|---|---|
| 10 | Kay Hessemer | Claim was not filed by claimant; debtor prematurely filed the claim which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21 |
| 11 (Twice amended) | Benjamin Schwartz | Claim and amended claims were not filed by claimant; debtor prematurely filed the claims which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21. |
| 12 (Amended) | U.S. Department of Education | Claim and amended claim were not filed by claimant; debtor prematurely filed the claims which, pursuant to BR 3004, cannot be filed until 30 days after the claims bar date, which was 3/12/21. |

IT IS HEREBY FURTHER ORDERED that the claims hearing for Randi Dolan (Claim No. 18), Kay Hessemer (Claim No. 19), Benjamin Schwartz (Claim No. 20), and Michele Eckman (Claim No. 22) shall be continued to 9:30 a.m., April 23, 2021.

// // END OF ORDER // //

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER ALLOWING AND DISALLOWING CLAIMS
AND CONTINUING CLAIMS HEARING - 3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7878 FACSIMILE

Case 20-11870-TWD    Doc 58    Filed 03/29/21    Ent. 03/29/21 13:42:55    Pg. 3 of 3