UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

Nicholas Clifton Barnard,

Debtor.

Case No. 20-11870 – TWD

EX PARTE STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF MICHELLE C. KAPLAN

I. STIPULATION

Pursuant to LBR 2089-1(b)(1), the undersigned parties stipulate and agree that Michelle C. Kaplan of Kaplan Law shall be allowed to withdraw as counsel for Mr. Nicholas C. Barnard. On August 18, 2015, Michelle C. Kaplan, counsel for the Debtor Nicholas C. Barnard (the "Debtor"), and the Debtor entered into a Representation and Fee Agreement (the "Agreement"). The Agreement provided that Ms. Kaplan would represent the Debtor in an uncontested Chapter 7 bankruptcy for a flat fee. The Agreement further provided that if the proceeding were to become contested, the parties would enter into a new fee agreement. Once this case became an asset case, the Debtor filed proofs of claims for his family and

Barnard Stip & Order
Re: Withdrawal - 1

KAPLAN LAW PLLC
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

friends and his student loans. The amount at stake to be distributed to the general unsecured creditors in this case does not justify entering into a new fee agreement with Ms. Kaplan. Consequently, the Debtor would like to proceed on his own. The hearing on the Trustee's objections to the Debtor's filed proofs of claims is continued to April 23, 2021 at 9:30 am PDT and to be heard telephonically. Mr. Barnard's contact information is:

> Nicholas C. Barnard
> 6806 Oswego PL NE, #101
> Seattle, WA 98115
> 206-457-6045
> nick@inmff.net

DATED this 7th Day of April 2021.

**KAPLAN LAW PLLC**

By: */s/ Michelle C. Kaplan*
Michelle Carmody Kaplan
WSBA No. 27286

By: _____
Nicholas C. Barnard

## II. ORDER

The Court, having reviewed the above stipulation, and being fully advised in the premises, it is hereby ORDERED that Michelle C. Kaplan of Kaplan Law PLLC is granted leave to withdraw as counsel for Nicholas C. Barnard and is hereby terminated as counsel for the same.

///End of Order///

Barnard Stip & Order
Re: Withdrawal - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

Case 20-11870-TWD    Doc 59    Filed 04/08/21    Ent. 04/08/21 14:19:59    Pg. 2 of 3

Presented by:

**KAPLAN LAW PLLC**

By: */s/ Michelle C. Kaplan*
Michelle Carmody Kaplan
WSBA No. 27286

By: _____
Nicholas C. Barnard

Barnard Stip & Order
Re: Withdrawal - 3

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444