Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Nicholas Clifton Barnard

Debtor(s).

Case Number: 20–11870–TWD
Chapter: 7

---

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **Benjamin Schwartz**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: April 16, 2021

Mark L. Hatcher
Clerk of the Bankruptcy Court