Form dbtrclm (07/2013)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
   Nicholas Clifton Barnard

   Debtor(s).

Case Number: 20–11870–TWD
Chapter: 7

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: **Kay Hessemer**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: <u>April 16, 2021</u>

                                                Mark L. Hatcher
                                                Clerk of the Bankruptcy Court