# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re Nicholas Clifton Barnard,<br><br>　　　　　　　Debtor. | No. 20-11870 – TWD<br><br>**EX PARTE ORDER FOR WITHDRAWAL OF MICHELLE C. KAPLAN** |

THIS MATTER came before the Court on the Ex Parte Stipulation of Nicholas C. Barnard ("Debtor") to allow his Counsel, Michelle Carmody Kaplan, of Kaplan Law PLLC, to withdraw.  ECF No. 59.  The Debtor signed the Stipulation and the proposed order. The Court, having reviewed the Stipulation (ECF No. 59), and being fully advised, it is hereby ORDERED that:

　　　　1.　　　Michelle C. Kaplan of Kaplan Law PLLC is granted leave to withdraw as counsel for Nicholas C. Barnard in this case effectively immediately and is fully discharged of any further responsibility for the representation of the Debtors related to this proceeding.

/ / /

Ex Parte Order re Stipulated Withdrawal - 1

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA  98004
Phone: 425-818-4818
Fax: 425-484-4441

2. All further notices should be sent directly to the last known address of the Debtors at:

>Nicholas C. Barnard
>6806 Oswego PL NE, #101
>Seattle, WA 98115
>206-457-6045
>nick@inmff.net

Dated this 19th of April 2021.

Presented by:

**KAPLAN LAW PLLC**

By: */s/ Michelle C. Kaplan*
Michelle Carmody Kaplan
WSBA No. 27286

Ex Parte Order re Stipulated Withdrawal - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4443

Case 20-11870-TWD    Doc 68    Filed 04/19/21    Ent. 04/19/21 16:31:02    Pg. 2 of 2