United States Bankruptcy Court
Western District of Washington

| | |
|---|---|
| In re: | Case No. 20-11870-TWD |
| Nicholas Clifton Barnard | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0981-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 20, 2021 | Form ID: pdfltd | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas Clifton Barnard, 6806 Oswego PL NE, #101, Seattle, WA 98115-6400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James K Miersma | on behalf of Creditor Santander Consumer USA Inc. bknotice@mccarthyholthus.com |
| Michelle Carmody Kaplan | on behalf of Debtor Nicholas Clifton Barnard michelle@kaplanlawpllc.com jbolen@kaplanlawpllc.com |
| Ronald G. Brown | rgblaw@nwlink.com rgbrown@ecf.axosfs.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

**Below is the Order of the Court.**

_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re Nicholas Clifton Barnard,<br><br>               Debtor. | No. 20-11870 – TWD<br><br>**EX PARTE ORDER FOR WITHDRAWAL OF MICHELLE C. KAPLAN** |

THIS MATTER came before the Court on the Ex Parte Stipulation of Nicholas C. Barnard ("Debtor") to allow his Counsel, Michelle Carmody Kaplan, of Kaplan Law PLLC, to withdraw. ECF No. 59. The Debtor signed the Stipulation and the proposed order. The Court, having reviewed the Stipulation (ECF No. 59), and being fully advised, it is hereby ORDERED that:

      1.     Michelle C. Kaplan of Kaplan Law PLLC is granted leave to withdraw as counsel for Nicholas C. Barnard in this case effectively immediately and is fully discharged of any further responsibility for the representation of the Debtors related to this proceeding.

/ / /

Ex Parte Order re Stipulated Withdrawal - 1

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

2. All further notices should be sent directly to the last known address of the Debtors at:

> Nicholas C. Barnard
> 6806 Oswego PL NE, #101
> Seattle, WA 98115
> 206-457-6045
> nick@inmff.net

~~Dated this 19th of April 2021.~~

Presented by:

**KAPLAN LAW PLLC**

By: */s/ Michelle C. Kaplan*
    Michelle Carmody Kaplan
    WSBA No. 27286

Ex Parte Order re Stipulated Withdrawal - 2

**KAPLAN LAW PLLC**
2155 - 112th Ave. NE
Bellevue, WA 98004
Phone: 425-818-4818
Fax: 425-484-4444

Case 20-11870-TWD    Doc 70    Filed 04/22/21    Ent. 04/22/21 21:17:09    Pg. 3 of 3