**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

In Re: ) Chapter 7
) No. 20-11870
NICHOLAS CLIFTON BARNARD )
) ORDER ALLOWING CLAIMS
)
)
)
Debtor. )
)
_____ )

THIS MATTER having come regularly before the above entitled court, the debtor having filed documentation in support of Claim Nos. 18,19,20, and 22, subsequent to the last hearing before the court on March 26, 2021; the court having reviewed the Trustee's motion, the trustee's claim objections, the debtor's filing of creditor claims in response to the trustee's claim objections, and the records and files herein; and the court having heard argument at the time of hearing, the trustee appearing at the time of hearing and the debtor appearing pro se at the time of hearing, and no other response having been made, now, therefore,

IT IS HEREBY ORDERED that the trustee's claim objections are overruled and the following claims shall be allowed, pursuant to BR 3004, with the same priority as previously allowed for general unsecured claims, as set forth in a court order entered on March 29, 2021, as follows:

ORDER ALLOWING CLAIMS - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7850 FACSIMILE

Case 20-11870-TWD    Doc 73    Filed 04/26/21    Ent. 04/26/21 11:01:14    Pg. 1 of 2

## GENERAL UNSECURED CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 18 | Randi Dolan | $998.41 |
| 19 | Kay Hessemer | $14,711.73 |
| 20 | Benjamin Schwartz | $17,713.78 |
| 22 | Michele Eckman | $1,020.00 |
| | TOTAL GENERAL UNSECURED CLAIMS | $34,443.92 |

// // END OF ORDER // //

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER ALLOWING CLAIMS - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

Case 20-11870-TWD    Doc 73    Filed 04/26/21    Ent. 04/26/21 11:01:14    Pg. 2 of 2