# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BARNARD, NICHOLAS CLIFTON | § | Case No. 20-11870 TWD |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/10/2020 . The undersigned trustee was appointed on 07/10/2020 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

|  |  |  |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 10,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 22.05 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 10,477.95 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/12/2021 and the deadline for filing governmental claims was 02/12/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,800.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,800.00 , for a total compensation of $ 1,800.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 156.90 , for total expenses of $ 156.90 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/28/2021     By:/s/Ronald G. Brown - Chapter 7 Trustee
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 20-11870 | TWD | Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | BARNARD, NICHOLAS CLIFTON | | | Date Filed (f) or Converted (c): | 07/10/20 (f) |
| | | | | 341(a) Meeting Date: | 08/06/20 |
| For Period Ending: | 05/28/21 | | | Claims Bar Date: | 02/12/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vehicle - 2013 Ford C-Max  No equity with costs of sale. | 3,373.00 | 0.00 | | 0.00 | FA |
| 2. Furniture (red couch, desk/table, etc) | 550.00 | 0.00 | | 0.00 | FA |
| 3. Appliances (air conditioner, blender, hot pot) | 121.00 | 0.00 | | 0.00 | FA |
| 4. Office (2 MacBook, iPhone 7, printer & scanner) | 500.00 | 0.00 | | 0.00 | FA |
| 5. Household (plates, glasses, cups) | 160.00 | 0.00 | | 0.00 | FA |
| 6. Electronics (TV, DVD) | 990.00 | 0.00 | | 0.00 | FA |
| 7. Collectibles (Starbucks card collection and misc) | 50.00 | 0.00 | | 0.00 | FA |
| 8. Books-Music (111 CDs; 39 DVDs; 36 Hardcover Books) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. English Handbells (1/4 owner of set) | 1,755.98 | 0.00 | | 0.00 | FA |
| 10. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 11. Pet - Grey Shorthaired Feline | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash | 2.64 | 0.00 | | 0.00 | FA |
| 13. Capital One Checking Acct. x4273 | 0.00 | 0.00 | | 0.00 | FA |

| Case No: | 20-11870 | TWD | Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | BARNARD, NICHOLAS CLIFTON | | | Date Filed (f) or Converted (c): | 07/10/20 (f) |
| | | | | 341(a) Meeting Date: | 08/06/20 |
| | | | | Claims Bar Date: | 02/12/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Wright Patt Credit Union Savings Acct. x1250-00 | 1,043.45 | 0.00 | | 0.00 | FA |
| 15. Wright Patt Credit Union Checking Acct. x1250-90 | 62.40 | 0.00 | | 0.00 | FA |
| 16. Stride Bank Checking Acct. x4938 | 218.11 | 0.00 | | 0.00 | FA |
| 17. Green Dot Bank checking Acct. x9988 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Square Inc. - Prepaid card Acct. x2390 | 0.51 | 0.00 | | 0.00 | FA |
| 19. Fully refundable Security Deposit Held By Landlord | 1,275.00 | 0.00 | | 0.00 | FA |
| 20. Seattle City Light owes Debtor for back discounts | 483.12 | 0.00 | | 0.00 | FA |
| 21. Settlement with Columbia Debt Recovery, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. Settlement with Crown Asset Mgt, LLC collection | 0.00 | 0.00 | | 0.00 | FA |
| 23. Preference Clairm (u) Trunover of funds paid to attorneys prior to filing; related to Assets 21 and 22 | 0.00 | 10,500.00 | | 10,500.00 | FA |
| TOTALS (Excluding Unknown Values) | $11,835.21 | $10,500.00 | | $10,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

| | | | | |
|---|---|---|---|---|
| Case No: | 20-11870 TWD Judge: Timothy W. Dore | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | BARNARD, NICHOLAS CLIFTON | | Date Filed (f) or Converted (c): | 07/10/20 (f) |
| | | | 341(a) Meeting Date: | 08/06/20 |
| | | | Claims Bar Date: | 02/12/21 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/01/22     Current Projected Date of Final Report (TFR): 08/01/22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-11870 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | BARNARD, NICHOLAS CLIFTON | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0702 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5337 | | |
| For Period Ending: | 05/28/21 | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/20 | 23 | ANDERSON SANTIAGO PLLC | Preference Claim | 1241-000 | 10,500.00 | | 10,500.00 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 10.47 | 10,489.53 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 11.58 | 10,477.95 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 10,500.00 | 22.05 | 10,477.95 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 10,500.00 | 22.05 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 10,500.00 | 22.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********0702 | 10,500.00 | 22.05 | 10,477.95 |
| | 10,500.00 | 22.05 | 10,477.95 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  10,500.00  22.05

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 28, 2021 |

Page 1      **EXHIBIT A — ANALYSIS OF CLAIMS REGISTER**      Date: May 28, 2021

Case Number: 20-11870  
Debtor Name: BARNARD, NICHOLAS CLIFTON  
Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6A 040 5800-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $2,301.12 | $0.00 | $2,301.12 |
| | Subtotal For Claim Type 5800-00 Claims of Governmental Units - | | | $2,301.12 | $0.00 | $2,301.12 |
| 1 070 7100-00 | Quantum3 Group LLC as agent for Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $24,605.95 | $0.00 | $24,605.95 |
| 10 070 7100-00 | Kay Hessemer<br>1302 N 152nd St #14<br>Shoreline, WA 98133 | Unsecured | Denied per 3/29/21 court order | $0.00 | $0.00 | $0.00 |
| 11 070 7100-00 | Benjamin Schwartz<br>210B 26th Ave. E<br>Seattle, WA 98112 | Unsecured | Denied per 3/29/21 court order | $0.00 | $0.00 | $0.00 |
| 12 070 7100-00 | US Dept. of Ed/glelsi<br>P.O. Box 7860<br>Madison, WI 53707 | Unsecured | Denied per 3/29/21 court order | $0.00 | $0.00 | $0.00 |
| 13 070 7100-00 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181 | Unsecured | | $1,288.23 | $0.00 | $1,288.23 |
| 14 070 7100-00 | BECU<br>PO Box 97050<br>Seattle, WA 98124 | Unsecured | | $1,505.63 | $0.00 | $1,505.63 |
| 15 070 7100-00 | BECU<br>PO Box 97050<br>Seattle, WA 98124 | Unsecured | | $2,147.82 | $0.00 | $2,147.82 |
| 16 070 7100-00 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $2,634.03 | $0.00 | $2,634.03 |
| 17 070 7100-00 | EVERGREEN PROFESSIONAL RECOVERIES INC<br>12100 NE 195TH ST STE 125<br>BOTHELL, WA 98011 | Unsecured | | $1,171.00 | $0.00 | $1,171.00 |
| 18 070 7100-00 | Randi Dolan<br>3112 Celt Aly<br>Nolensville, TN 37135 | Unsecured | | $998.41 | $0.00 | $998.41 |
| 19 070 7100-00 | Kay Hessemer<br>1302 N, 152nd Street #4<br>Shoreline, WA 98133 | Unsecured | | $14,711.73 | $0.00 | $14,711.73 |
| 2 070 7100-00 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | | $201.48 | $0.00 | $201.48 |

CREGISTR   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Printed: 05/28/21 02:30 PM   Ver: 22.03b

Case 20-11870-TWD    Doc 76    Filed 06/24/21    Ent. 06/24/21 06:54:52    Pg. 7 of 12

Case Number: 20-11870  
Debtor Name: BARNARD, NICHOLAS CLIFTON  
Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 20 070 7100-00 | Benjamin Schwartz<br>210B 26th Avenue East<br>Seattle, WA 98112 | Unsecured | | $17,713.78 | $0.00 | $17,713.78 |
| 21 070 7100-00 | U.S. Department of Education<br>P.O. Box 7860<br>Madison, WI 53707 | Unsecured | Allowed per 3/29/21 court order | $22,261.47 | $0.00 | $22,261.47 |
| 22 070 7100-00 | Michelle Eckman<br>8628 SW 108th Place Road<br>Ocala, FL 34481 | Unsecured | Allowed per 4/26/21 court order | $1,020.00 | $0.00 | $1,020.00 |
| 3 070 7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $2,675.84 | $0.00 | $2,675.84 |
| 4 070 7100-00 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $1,308.53 | $0.00 | $1,308.53 |
| 5 070 7100-00 | TD Bank, USA<br>by American InfoSource as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $818.47 | $0.00 | $818.47 |
| 7 070 7100-00 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $114.62 | $0.00 | $114.62 |
| 8 070 7100-00 | Michele Eckman<br>8628 SW 108 PL RD<br>Ocala, FL 34481 | Unsecured | Denied per 3/29/21 court order | $0.00 | $0.00 | $0.00 |
| 9 070 7100-00 | Randi Dolan<br>3112 Celt Aly<br>Nolensville, TN 37135 | Unsecured | Denied per 3/29/21 court order | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7100-00 General Unsecured 726(a)(2) | | | $95,176.99 | $0.00 | $95,176.99 |
| 6B 080 7300-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $171.69 | $0.00 | $171.69 |
| | Subtotal For Claim Type 7300-00 Fines, Penalties 726(a)(4) | | | $171.69 | $0.00 | $171.69 |
| | Case Totals: | | | $97,649.80 | $0.00 | $97,649.80 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-11870 TWD
Case Name: BARNARD, NICHOLAS CLIFTON
Trustee Name: Ronald G. Brown - Chapter 7 Trustee

| | Balance on hand | $ | 10,477.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Ronald G. Brown - Chapter 7 Trustee | $ 1,800.00 | $ 0.00 | $ 1,800.00 |
| Trustee Expenses: Ronald G. Brown - Chapter 7 Trustee | $ 156.90 | $ 0.00 | $ 156.90 |

| Total to be paid for chapter 7 administrative expenses | $ 1,956.90 |
| Remaining Balance | $ 8,521.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,301.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | Internal Revenue Service | $ 2,301.12 | $ 0.00 | $ 2,301.12 |
| | Total to be paid to priority creditors | | | $ 2,301.12 |
| | Remaining Balance | | | $ 6,219.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 95,176.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $ 24,605.95 | $ 0.00 | $ 1,608.03 |
| 2 | Department Stores National Bank | $ 201.48 | $ 0.00 | $ 13.16 |
| 3 | American Express National Bank | $ 2,675.84 | $ 0.00 | $ 174.87 |
| 4 | American Express National Bank | $ 1,308.53 | $ 0.00 | $ 85.51 |
| 5 | TD Bank, USA | $ 818.47 | $ 0.00 | $ 53.49 |
| 7 | Ashley Funding Services, LLC | $ 114.62 | $ 0.00 | $ 7.49 |
| 11 | Benjamin Schwartz | $ 0.00 | $ 0.00 | $ 0.00 |
| 13 | CREDIT FIRST NA | $ 1,288.23 | $ 0.00 | $ 84.19 |
| 14 | BECU | $ 1,505.63 | $ 0.00 | $ 98.39 |
| 15 | BECU | $ 2,147.82 | $ 0.00 | $ 140.36 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Portfolio Recovery Associates, LLC | $ 2,634.03 | $ 0.00 | $ 172.14 |
| 17 | EVERGREEN PROFESSIONAL RECOVERIES INC | $ 1,171.00 | $ 0.00 | $ 76.53 |
| 18 | Randi Dolan | $ 998.41 | $ 0.00 | $ 65.25 |
| 19 | Kay Hessemer | $ 14,711.73 | $ 0.00 | $ 961.43 |
| 20 | Benjamin Schwartz | $ 17,713.78 | $ 0.00 | $ 1,157.62 |
| 22 | Michelle Eckman | $ 1,020.00 | $ 0.00 | $ 66.66 |
| 21 | U.S. Department of Education | $ 22,261.47 | $ 0.00 | $ 1,454.81 |

Total to be paid to timely general unsecured creditors     $     6,219.93

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 171.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6B | Internal Revenue Service | $ 171.69 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |