UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| IN RE: | CASE NO: 20-11870 |
|---|---|
| Barnard, Nicholas Clifton | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 76 |
| | Judge: The Honorable Timothy W. Dore |
| | Hearing Location: Telephonic |
| | Hearing Date: July 23, 2021 |
| | Hearing Time: 9:30 a.m. |
| | Response Date: July 16, 2021 |

On 6/25/2021, I did cause a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT ECF Docket Reference No. 76

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/25/2021

/s/ Ronald G. Brown
Ronald G. Brown  8816
Chapter 7 Trustee
Law Office of Ronald G. Brown
P.O. Box 2369
Kirkland, WA  98083
425 522 3649

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>Barnard, Nicholas Clifton | CASE NO: 20-11870<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 76<br>Judge: The Honorable Timothy W. Dore<br>Hearing Location: Telephonic<br>Hearing Date: July 23, 2021<br>Hearing Time: 9:30 a.m.<br>Response Date: July 16, 2021 |

On 6/25/2021, a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT
ECF Docket Reference No. 76

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/25/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ronald G. Brown
Law Office of Ronald G. Brown
P.O. Box 2369
Kirkland, WA 98083

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09812<br>CASE 20-11870-TWD<br>WESTERN DISTRICT OF WASHINGTON<br>SEATTLE<br>THU MAY 27 16-18-47 PDT 2021 | SANTANDER CONSUMER USA INC<br>CO MCCARTHY  HOLTHUS LLP<br>108 1ST AVENUE SOUTH STE 300<br>SEATTLE WA 98104-2104 | 11 INTERNET INC<br>701 LEE RD SUITE 300<br>CHESTERBROOK PA 19087-5612 |
| AACFSC CLOCKTOWER INVESTORS<br>13725 32ND AVE NE<br>SEATTLE WA 98125-3690 | ATT<br>PO BOX 30459<br>LOS ANGELES CA 90030-0459 | ATT<br>PO BOX 5074<br>CAROL STREAM IL 60197-5074 |
| AMERICAN CREDIT RESOLUTION<br>270 CARPENTER DR STE 575<br>ATLANTA GA 30328-4973 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| BECU<br>PO BOX 97050<br>SEATTLE WA 98124-9750 | BENJAMIN SCHWARTZ<br>210B 26TH AVE E<br>SEATTLE WA 98112-5411 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BOEING EMPLOYEES C U<br>P O BOX 97050DIR OF LN<br>SEATTLE WA 98124 | BOEING EMPLOYEES C U<br>PO BOX 97050<br>SEATTLE WA 98124-9750 | CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND OH 44181-8011 |
| CAP ONE NA<br>1 S ORANGE ST<br>WILMINGTON DE 19801-5006 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CASH CENTRAL OF WA LLC<br>84 E 2400 N<br>NORTH LOGAN UT 84341-2902 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CODE FELLOWS LLC<br>2901 3RD AVE<br>STE 300<br>SEATTLE WA 98121-1042 |
| CREDIT FIRST NA<br>PO BOX 81344<br>CLEVELAND OH 44188-0001 | CROWN ASSET MGT LLC<br>3100 BRECKINRIDGE BLVD<br>STE 725<br>DULUTH GA 30096-7605 | DEPARTMENT STORES NATIONAL BANK<br>CO QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND WA 98083-0657 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 | EVERGREEN PROFESSIONAL RECOVERIES INC<br>12100 NE 195TH ST STE 125<br>BOTHELL WA 98011-5777 | EMPLOYMENT SECURITY DEPARTMENT<br>PO BOX 9046<br>OLYMPIA WA 98507-9046 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EVERGREEN PROF RECOVERY
12100 NE 195TH ST
STE 125
BOTHELL WA 98011-5777

FIRST INTERNET BANK OF
11201 USA PKWY
FISHERS IN 46037-9202

FLURISH INC DBA LENDUP
237 KEARNY ST 372
SAN FRANCISCO CA 94108-4502

INTERNAL REVENUE SERVICE
CENTRALISED INSOLVENCY OP
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
FIELD INSOLVENCY UNIT
915 SECOND AVE MS W244
SEATTLE WA 98174-1030

KAY HESSEMER
1302 N 152ND ST 14
SHORELINE WA 98133-6248

KEY BANK NA
PO BOX 94968
CLEVELAND OH 44101-4968

KOHLSCHASE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS WI 53051-7096

LAB CO OF AMERICA HOLDINGS
PO BOX 2240
BURLINGTON NC 27216-2240

MARATHON PETROLEUM CO
539 S MAIN ST
FINDLAY OH 45840-3229

MARK T CASE
PO BOX 30131
SPOKANE WA 99223-3002

MICHELE ECKMAN
8628 SW 108 PL RD
OCALA FL 34481-5383

MOBILOANS LLC
PO BOX 1409
MARKSVILLE LA 71351-1409

PACIFIC MEDICAL CENTERS
PO BOX 24386
SEATTLE WA 98124-0386

PLAIN GREEN LLC
93 MACK ROAD SUITE 600
PO BOX 270
BOX ELDER MT 59521-0270

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

RANDI DOLAN
3112 CELT ALY
NOLENSVILLE TN 37135-1215

RED ROCK TRIBAL LENDING
DBA CASTLEPAYDAYCOM
PO BOX 704
WATERSMEET MI 49969-0704

SANTANDER CONSUMER USA
ATTN BANKRUPTCY DEPT
PO BOX 560284
DALLAS TX 75356-0284

SWEDISH MEDICAL CENTER
MAILSTOP 37268915
PO BOX 660354
DALLAS TX 75266-0354

SWEDISH MEDICAL GROUP
PO BOX 84026
SEATTLE WA 98124-8426

SYNCBAMAZON
PO BOX 965015
ORLANDO FL 32896-5015

SYNCHRONY BANK
PO BOX 5138
TIMONIUM MD 21094-5138

TD BANK USA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248866
OKLAHOMA CITY OK 73124-8866

US DEPT OF EDGLELSI
PO BOX 7860
MADISON WI 53707-7860

UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE WA 98101-4438

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
US BANK                          NICHOLAS CLIFTON BARNARD
PO BOX 5229                      6806 OSWEGO PL NE
CINCINNATI OH 45201-5229         101
                                 SEATTLE WA 98115-6400
```