1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| In Re: | ) | Chapter 7 |
|---|---|---|
| | ) | No. 20-11870 |
| NICHOLAS CLIFTON BARNARD | ) | |
| | ) | DECLARATION OF TRUSTEE |
| | ) | OF NO OBJECTIONS |
| Debtor. | ) | |
| | ) | |

Ronald G. Brown declares the following to be true under penalty of perjury according to the laws of the State of Washington:

1. I am the Chapter 7 Trustee in the above referenced case and submit this declaration pursuant to LR 9013(f)(2).

2. No response was filed to the Notice of Hearing and Trustee's Final Report scheduled for July 23, 2021. Response was due July 16, 2021.

DATED this 19th day of July, 2021.

*/s/ Ronald  G. Brown*
Ronald G. Brown, WSBA #8816
Trustee

DECLARATION OF TRUSTEE

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON  98083
(425) 522-3649 TELEPHONE
(425) 827-3169 FACSIMILE