**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE: | Chapter 7<br>Case No. 20-11870 |
| BARNARD, NICHOLAS CLIFTON | ORDER APPROVING FINAL REPORT<br>AND APPLICATIONS FOR<br>ADMINISTRATIVE EXPENSES |
| Debtor. | |

THIS MATTER having come on for hearing upon Notice of Final Report and

Application for Compensation, and no objection having been made, it is hereby ORDERED that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and

reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as

follows:

Ronald G. Brown - Chapter 7 Trustee, Trustee
Compensation

| | | |
|---|---|---|
| Fees | $1,800.00 | |
| Expenses | $156.90 | $1,956.90 |

IT IS FURTHER ORDERED that the Trustee is authorized to make the following

disbursements:

RONALD G. BROWN, Trustee
P.O. Box 2369
Kirkland, WA 98083
(425) 522-3649

**Chapter 7 Costs of Administration**
**To be paid in full**

Ronald G. Brown - Chapter 7 Trustee

| | | | |
|---|---|---|---|
| Fees | $1,800.00 | | |
| Expenses | $156.90 | $1,956.90 | $1,956.90 |

**Priority Claims**
**To be paid in full**

| Claim No. | Claimant | Allowed | Dividend |
|---|---|---|---|
| 6A | Internal Revenue Service | $2,301.12 | $2,301.12 |

**Unsecured Claims**
**To be paid a dividend of 6.53512%**

| Claim No. | Claimant | Allowed | Dividend |
|---|---|---|---|
| 1 | Quantum3 Group LLC | $24,605.95 | $1,608.03 |
| 2 | Department Stores National Bank | $201.48 | $13.16 |
| 3 | American Express National Bank | $2,675.84 | $174.87 |
| 4 | American Express National Bank | $1,308.53 | $85.51 |
| 5 | TD Bank, USA | $818.47 | $53.49 |
| 7 | Ashley Funding Services, LLC | $114.62 | $7.49 |
| 13 | Credit First, NA | $1,288.23 | $84.19 |
| 14 | BECU | $1,505.63 | $98.39 |
| 15 | BECU | $2,147.82 | $140.36 |
| 16 | Portfolio Recovery Associates, LLC | $2,634.03 | $172.14 |
| 17 | Evergreen Professional Recoveries, Inc. | $1,171.00 | $76.53 |
| 18 | Randi Dolan | $998.41 | $65.25 |
| 19 | Kay Hessmer | $14,711.73 | $961.43 |
| 20 | Benjamin Schwartz | $17,713.78 | $1,157.62 |
| 21 | U.S. Department of Education | $22,261.47 | $1,454.81 |
| 22 | Michelle Eckman | $1,020.00 | $66.66 |

ORDER APPROVING FINAL REPORT - 2

1    IT IS FURTHER ORDERED that there are insufficient funds in the bankruptcy estate to pay

2  tax penalty claims.

3

4                     //   //   END OF ORDER   //   //

5  Presented by:

6  */s/ Ronald G. Brown*

7  Ronald G. Brown, WSBA #8816
   Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER APPROVING FINAL REPORT - 3

RONALD G. BROWN, Trustee
P.O. Box 2369
Kirkland, WA  98083
(425) 522-3649