Entered on Docket July 20, 2021

**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE: | ) | Chapter 7 |
| --- | --- | --- |
| | ) | Case No. 20-11870 |
| BARNARD, NICHOLAS CLIFTON | ) | |
| | ) | ORDER APPROVING FINAL REPORT |
| | ) | AND APPLICATIONS FOR |
| | ) | ADMINISTRATIVE EXPENSES |
| Debtor. | ) | |
| | ) | |

THIS MATTER having come on for hearing upon Notice of Final Report and Application for Compensation, and no objection having been made, it is hereby ORDERED that:

1. The Final Report and distributions proposed therein are approved;

2. Reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred are hereby awarded and allowed as follows:

Ronald G. Brown - Chapter 7 Trustee, Trustee Compensation

| | Fees | $1,800.00 | |
| --- | --- | --- | --- |
| | Expenses | $156.90 | $1,956.90 |

IT IS FURTHER ORDERED that the Trustee is authorized to make the following disbursements:

ORDER APPROVING FINAL REPORT - 1

RONALD G. BROWN, Trustee
P.O. Box 2369
Kirkland, WA 98083
(425) 522-3649

<u>Chapter 7 Costs of Administration</u>
<u>To be paid in full</u>

Ronald G. Brown - Chapter 7 Trustee
    Fees                  $1,800.00
    Expenses        <u>$156.90</u>        $1,956.90        $1,956.90

<u>Priority Claims</u>
<u>To be paid in full</u>

| Claim No. | Claimant | Allowed | Dividend |
|---|---|---:|---:|
| 6A | Internal Revenue Service | $2,301.12 | $2,301.12 |

<u>Unsecured Claims</u>
<u>To be paid a dividend of 6.53512%</u>

| Claim No. | Claimant | Allowed | Dividend |
|---|---|---:|---:|
| 1 | Quantum3 Group LLC | $24,605.95 | $1,608.03 |
| 2 | Department Stores National Bank | $201.48 | $13.16 |
| 3 | American Express National Bank | $2,675.84 | $174.87 |
| 4 | American Express National Bank | $1,308.53 | $85.51 |
| 5 | TD Bank, USA | $818.47 | $53.49 |
| 7 | Ashley Funding Services, LLC | $114.62 | $7.49 |
| 13 | Credit First, NA | $1,288.23 | $84.19 |
| 14 | BECU | $1,505.63 | $98.39 |
| 15 | BECU | $2,147.82 | $140.36 |
| 16 | Portfolio Recovery Associates, LLC | $2,634.03 | $172.14 |
| 17 | Evergreen Professional Recoveries, Inc. | $1,171.00 | $76.53 |
| 18 | Randi Dolan | $998.41 | $65.25 |
| 19 | Kay Hessmer | $14,711.73 | $961.43 |
| 20 | Benjamin Schwartz | $17,713.78 | $1,157.62 |
| 21 | U.S. Department of Education | $22,261.47 | $1,454.81 |
| 22 | Michelle Eckman | $1,020.00 | $66.66 |

ORDER APPROVING FINAL REPORT - 2

RONALD G. BROWN, Trustee
P.O. Box 2369
Kirkland, WA 98083
(425) 522-3649

Case 20-11870-TWD   Doc 81   Filed 07/20/21   Ent. 07/20/21 13:02:02   Pg. 2 of 3

IT IS FURTHER ORDERED that there are insufficient funds in the bankruptcy estate to pay tax penalty claims.

// // END OF ORDER // //

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER APPROVING FINAL REPORT - 3

RONALD G. BROWN, Trustee
P.O. Box 2369
Kirkland, WA 98083
(425) 522-3649

Case 20-11870-TWD    Doc 81    Filed 07/20/21    Ent. 07/20/21 13:02:02    Pg. 3 of 3