UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In Re: §
§
BARNARD, NICHOLAS CLIFTON § Case No. 20-11870 TWD
§
Debtor §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,373.00          Assets Exempt: 8,462.21
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,521.05    Claims Discharged
                                              Without Payment: 133,512.57

Total Expenses of Administration: 1,978.95

3) Total gross receipts of $ 10,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 11,819.52 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,978.95 | 1,978.95 | 1,978.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,718.54 | 2,301.12 | 2,301.12 | 2,301.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,781.19 | 152,054.07 | 95,348.68 | 6,219.93 |
| **TOTAL DISBURSEMENTS** | $ 174,319.25 | $ 156,334.14 | $ 99,628.75 | $ 10,500.00 |

4) This case was originally filed under chapter 7 on 07/10/2020 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2021      By:/s/Ronald G. Brown - Chapter 7 Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Clairm | 1241-000 | 10,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA Attn.: Bankruptcy Dept. PO Box 560284 Dallas, TX 75356-0284 | | 11,819.52 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 11,819.52** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 20-11870-TWD    Doc 82    Filed 09/09/21    Ent. 09/09/21 07:47:35    Pg. 3 of 17

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RONALD G. BROWN | 2100-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| TRUSTEE EXPENSES:RONALD G. BROWN | 2200-000 | NA | 156.90 | 156.90 | 156.90 |
| Axos Bank | 2600-000 | NA | 22.05 | 22.05 | 22.05 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,978.95 | $ 1,978.95 | $ 1,978.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralised Insolvency Op.PO Box 7346Philadelphia, PA 19101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6A | INTERNAL REVENUE SERVICE | 5800-000 | 2,718.54 | 2,301.12 | 2,301.12 | 2,301.12 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,718.54 | $ 2,301.12 | $ 2,301.12 | $ 2,301.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1&1 Internet Inc. 701 Lee Rd. Suite 300 Chesterbrook, PA 19087 | | 34.93 | NA | NA | 0.00 |
| | AAC/FSC Clocktower Investors 13725 32nd Ave. NE Seattle, WA 98115 | | 7,050.85 | NA | NA | 0.00 |
| | AT&T PO Box 30459 Los Angeles, CA 90030 | | 57.08 | NA | NA | 0.00 |
| | Amexdsnb 9111 Duke Blvd Mason, OH 45040 | | 215.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer<br>Po Box 982235 El Paso, TX 79998 | | 3,528.00 | NA | NA | 0.00 |
| | Cap One Na<br>1 S Orange St Wilmington, DE 19801 | | 3,028.00 | NA | NA | 0.00 |
| | Cash Central of WA, LLC<br>84 E 2400 N North Logan, UT 84341-2902 | | 460.00 | NA | NA | 0.00 |
| | Chase Card<br>Po Box 15298 Wilmington, DE 19850 | | 1,737.00 | NA | NA | 0.00 |
| | Code Fellows, LLC<br>2901 3rd Ave. Ste. 300<br>Seattle, WA 98121 | | 5,999.99 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc<br>Po Box 15316 Wilmington, DE 19850 | | 6,713.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc<br>Po Box 15316 Wilmington, DE 19850 | | 360.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Security Department P.O. Box 9046 Olympia, WA 98507 | | 0.00 | NA | NA | 0.00 |
| | First Internet Bank Of 8888 Keystone Xing Ste 1 Indianapolis, IN 46240 | | 1,760.00 | NA | NA | 0.00 |
| | Flurish Inc. dba LendUp 237 Kearny St. #372 San Francisco, CA 94108 | | 287.50 | NA | NA | 0.00 |
| | Key Bank N.A. PO box 94968 Cleveland, OH 44101 | | 36.00 | NA | NA | 0.00 |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Marathon Petroleum Co 539 S Main St Findlay, OH 45840 | | 0.00 | NA | NA | 0.00 |
| | Mobiloans, LLC PO Box 1409 Marksville, LA 71351 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plain Green<br>93 Mack Road Suite Po Box 270 Box Elder, MT 59521 | | 257.00 | NA | NA | 0.00 |
| | Plain Green, LLC<br>93 Mack Road, Suite 600 PO Box 270 Box Elder, MT 59521 | | 1,400.00 | NA | NA | 0.00 |
| | Red Rock Tribal Lending dba CastlePayday.com PO Box 704 Watersmeet, MI 49969-0704 | | 1,350.00 | NA | NA | 0.00 |
| | Swedish Medical Center Mailstop: 37268915 P.O. Box 660354 Dallas, TX 75266-0354 | | 30.23 | NA | NA | 0.00 |
| | Syncb/Amazon<br>Po Box 965015 Orlando, FL 32896 | | 985.00 | NA | NA | 0.00 |
| | Synchrony Bank<br>PO Box 5138 Timonium, MD 21094 | | 2,017.24 | NA | NA | 0.00 |
| | Target Nb<br>Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank 4325 17th Ave S Fargo, ND 58125 | | 6,277.00 | NA | NA | 0.00 |
| | Us Bank Cb Disputes Po Box 108 Saint Louis, MO 63166 | | 0.00 | NA | NA | 0.00 |
| | Us Bank Cb Disputes Po Box 108 Saint Louis, MO 63166 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 2,543.00 | 2,675.84 | 2,675.84 | 174.87 |
| 4 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | 1,195.00 | 1,308.53 | 1,308.53 | 85.51 |
| 7 | ASHLEY FUNDING SERVICES, LLC | 7100-000 | 114.62 | 114.62 | 114.62 | 7.49 |
| 14 | BECU | 7100-000 | 1,478.00 | 1,505.63 | 1,505.63 | 98.39 |
| 15 | BECU | 7100-000 | 2,000.00 | 2,147.82 | 2,147.82 | 140.36 |
| 11 | BENJAMIN SCHWARTZ | 7100-000 | NA | 17,713.78 | 0.00 | 0.00 |
| 20 | BENJAMIN SCHWARTZ | 7100-000 | 17,691.74 | 17,713.78 | 17,713.78 | 1,157.62 |
| 13 | CREDIT FIRST NA | 7100-000 | 1,288.23 | 1,288.23 | 1,288.23 | 84.19 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 201.48 | 201.48 | 13.16 |
| 17 | EVERGREEN PROFESSIONAL RECOVERIES I | 7100-000 | 1,171.00 | 1,171.00 | 1,171.00 | 76.53 |
| 10 | KAY HESSEMER | 7100-000 | NA | 14,711.73 | 0.00 | 0.00 |
| 19 | KAY HESSEMER | 7100-000 | 14,693.42 | 14,711.73 | 14,711.73 | 961.43 |
| 8 | MICHELE ECKMAN | 7100-000 | NA | 1,020.00 | 0.00 | 0.00 |
| 22 | MICHELLE ECKMAN | 7100-000 | 1,020.00 | 1,020.00 | 1,020.00 | 66.66 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,539.00 | 2,634.03 | 2,634.03 | 172.14 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 23,606.00 | 24,605.95 | 24,605.95 | 1,608.03 |
| 18 | RANDI DOLAN | 7100-000 | 997.36 | 998.41 | 998.41 | 65.25 |
| 9 | RANDI DOLAN | 7100-000 | NA | 998.41 | 0.00 | 0.00 |
| 5 | TD BANK, USA | 7100-000 | 600.00 | 818.47 | 818.47 | 53.49 |
| 12 | U.S. DEPARTMENT OF EDUCATION | 7100-000 | 22,230.00 | 22,261.47 | 0.00 | 0.00 |
| 21 | U.S. DEPARTMENT OF EDUCATION | 7100-000 | 22,230.00 | 22,261.47 | 22,261.47 | 1,454.81 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 171.69 | 171.69 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 159,781.19 | $ 152,054.07 | $ 95,348.68 | $ 6,219.93 |

Case No: 20-11870 TWD Judge: Timothy W. Dore  
Case Name: BARNARD, NICHOLAS CLIFTON  
For Period Ending: 09/02/21

Trustee Name: Ronald G. Brown - Chapter 7 Trustee  
Date Filed (f) or Converted (c): 07/10/20 (f)  
341(a) Meeting Date: 08/06/20  
Claims Bar Date: 02/12/21

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Vehicle - 2013 Ford C-Max<br>   No equity with costs of sale. | 3,373.00 | 0.00 | | 0.00 | FA |
| 2. Furniture (red couch, desk/table, etc) | 550.00 | 0.00 | | 0.00 | FA |
| 3. Appliances (air conditioner, blender, hot pot) | 121.00 | 0.00 | | 0.00 | FA |
| 4. Office (2 MacBook, iPhone 7, printer & scanner) | 500.00 | 0.00 | | 0.00 | FA |
| 5. Household (plates, glasses, cups) | 160.00 | 0.00 | | 0.00 | FA |
| 6. Electronics (TV, DVD) | 990.00 | 0.00 | | 0.00 | FA |
| 7. Collectibles (Starbucks card collection and misc) | 50.00 | 0.00 | | 0.00 | FA |
| 8. Books-Music (111 CDs; 39 DVDs; 36 Hardcover Books) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. English Handbells (1/4 owner of set) | 1,755.98 | 0.00 | | 0.00 | FA |
| 10. Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 11. Pet - Grey Shorthaired Feline | 0.00 | 0.00 | | 0.00 | FA |
| 12. Cash | 2.64 | 0.00 | | 0.00 | FA |
| 13. Capital One Checking Acct. x4273 | 0.00 | 0.00 | | 0.00 | FA |

Case No: 20-11870 TWD Judge: Timothy W. Dore  Trustee Name: Ronald G. Brown - Chapter 7 Trustee
Case Name: BARNARD, NICHOLAS CLIFTON  Date Filed (f) or Converted (c): 07/10/20 (f)
341(a) Meeting Date: 08/06/20
Claims Bar Date: 02/12/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Wright Patt Credit Union Savings Acct. x1250-00 | 1,043.45 | 0.00 | | 0.00 | FA |
| 15. Wright Patt Credit Union Checking Acct. x1250-90 | 62.40 | 0.00 | | 0.00 | FA |
| 16. Stride Bank Checking Acct. x4938 | 218.11 | 0.00 | | 0.00 | FA |
| 17. Green Dot Bank checking Acct. x9988 | 0.00 | 0.00 | | 0.00 | FA |
| 18. Square Inc. - Prepaid card Acct. x2390 | 0.51 | 0.00 | | 0.00 | FA |
| 19. Fully refundable Security Deposit Held By Landlord | 1,275.00 | 0.00 | | 0.00 | FA |
| 20. Seattle City Light owes Debtor for back discounts | 483.12 | 0.00 | | 0.00 | FA |
| 21. Settlement with Columbia Debt Recovery, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. Settlement with Crown Asset Mgt, LLC collection | 0.00 | 0.00 | | 0.00 | FA |
| 23. Preference Clairm (u) Trunover of funds paid to attorneys prior to filing; related to Assets 21 and 22 | 0.00 | 10,500.00 | | 10,500.00 | FA |

TOTALS (Excluding Unknown Values)   $11,835.21   $10,500.00      $10,500.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

| | | | |
|---|---|---|---|
| Case No: | 20-11870   TWD   Judge: Timothy W. Dore | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | BARNARD, NICHOLAS CLIFTON | Date Filed (f) or Converted (c): | 07/10/20 (f) |
| | | 341(a) Meeting Date: | 08/06/20 |
| | | Claims Bar Date: | 02/12/21 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/01/22      Current Projected Date of Final Report (TFR): 08/01/22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1  
Exhibit 9

| | |
|---|---|
| Case No: | 20-11870 -TWD |
| Case Name: | BARNARD, NICHOLAS CLIFTON |
| Taxpayer ID No: | *******5337 |
| For Period Ending: | 09/02/21 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0702 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 55,683,398.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/20 | 23 | ANDERSON SANTIAGO PLLC | Preference Claim | 1241-000 | 10,500.00 | | 10,500.00 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 10.47 | 10,489.53 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 11.58 | 10,477.95 |
| 07/20/21 | 020001 | Ronald G. Brown P.O. Box 2369 Kirkland, WA 98083 | Chapter 7 Compensation/Fees | 2100-000 | | 1,800.00 | 8,677.95 |
| 07/20/21 | 020002 | Ronald G. Brown P.O. Box 2369 Kirkland, WA 98083 | Chapter 7 Expenses | 2200-000 | | 156.90 | 8,521.05 |
| 07/20/21 | 020003 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Claim 6A, Payment 2100.00000% Priority Tax Claim | 5800-000 | | 2,301.12 | 6,219.93 |
| 07/20/21 | 020004 | Quantum3 Group LLC as agent for Crown Asset Management LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 1, Payment 26.53513% General Unsecured Claim | 7100-000 | | 1,608.03 | 4,611.90 |
| 07/20/21 | 020005 | CREDIT FIRST NA PO BOX 818011 CLEVELAND, OH 44181 | Claim 13, Payment 26.53532% General Unsecured Claim | 7100-000 | | 84.19 | 4,527.71 |
| 07/20/21 | 020006 | BECU PO Box 97050 Seattle, WA 98124 | Claim 14, Payment 26.53481% General Unsecured Claim | 7100-000 | | 98.39 | 4,429.32 |
| 07/20/21 | 020007 | BECU PO Box 97050 Seattle, WA 98124 | Claim 15, Payment 26.53500% General Unsecured Claim | 7100-000 | | 140.36 | 4,288.96 |
| 07/20/21 | 020008 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 | Claim 16, Payment 26.53523% General Unsecured Claim | 7100-000 | | 172.14 | 4,116.82 |

Page Subtotals  10,500.00   6,383.18

Ver: 22.03d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-11870 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | BARNARD, NICHOLAS CLIFTON | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0702 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5337 | | |
| For Period Ending: | 09/02/21 | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/20/21 | 020009 | EVERGREEN PROFESSIONAL RECOVERIES INC<br>12100 NE 195TH ST STE 125<br>BOTHELL, WA 98011 | Claim 17, Payment 26.53544%<br>General Unsecured Claim | 7100-000 | | 76.53 | 4,040.29 |
| 07/20/21 | 020010 | Randi Dolan<br>3112 Celt Aly<br>Nolensville, TN 37135 | Claim 18, Payment 26.53539%<br>General Unsecured Claim | 7100-000 | | 65.25 | 3,975.04 |
| 07/20/21 | 020011 | Kay Hessemer<br>1302 N, 152nd Street #4<br>Shoreline, WA 98133 | Claim 19, Payment 26.53513%<br>General Unsecured Claim | 7100-000 | | 961.43 | 3,013.61 |
| 07/20/21 | 020012 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Claim 2, Payment 26.53167%<br>General Unsecured Claim | 7100-000 | | 13.16 | 3,000.45 |
| 07/20/21 | 020013 | Benjamin Schwartz<br>210B 26th Avenue East<br>Seattle, WA 98112 | Claim 20, Payment 26.53514%<br>General Unsecured Claim | 7100-000 | | 1,157.62 | 1,842.83 |
| 07/20/21 | 020014 | U.S. Department of Education<br>P.O. Box 790321<br>St. Louis, MO 63179-0321 | Claim 21, Payment 26.53510%<br>General Unsecured Claim | 7100-000 | | 1,454.81 | 388.02 |
| 07/20/21 | 020015 | Michelle Eckman<br>8628 SW 108th Place Road<br>Ocala, FL 34481 | Claim 22, Payment 26.53529%<br>General Unsecured Claim | 7100-000 | | 66.66 | 321.36 |
| 07/20/21 | 020016 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 3, Payment 26.53514%<br>General Unsecured Claim | 7100-000 | | 174.87 | 146.49 |
| 07/20/21 | 020017 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001 | Claim 4, Payment 26.53481%<br>General Unsecured Claim | 7100-000 | | 85.51 | 60.98 |

Page Subtotals  0.00   4,055.84

Ver: 22.03d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-11870 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | BARNARD, NICHOLAS CLIFTON | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0702 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5337 | | |
| For Period Ending: | 09/02/21 | Blanket Bond (per case limit): | $ 55,683,398.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/20/21 | 020018 | Malvern PA 19355-0701<br>TD Bank, USA<br>by American InfoSource as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 5, Payment 26.53536%<br>Tax Penalty Claim | 7100-000 | | 53.49 | 7.49 |
| 07/20/21 | 020019 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 7, Payment 26.53464%<br>General Unsecured Claim | 7100-000 | | 7.49 | 0.00 |

|  | COLUMN TOTALS | 10,500.00 | 10,500.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 10,500.00 | 10,500.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 10,500.00 | 10,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******0702 | 10,500.00 | 10,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,500.00 | 10,500.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   60.98

Ver: 22.03d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 17)